# Exhibit 1:
# Table of properties taken via NAP and resold

## Table of Properties Taken by DLBA
## via NAP and Resold to Private Buyers

| Property Street Address | Date Taken by DLBA | Date Sold by DLBA | Sale Price[1] |
|---|---|---|---|
| 8189 Bliss | 12/05/14 | 2024/09/30 | $16,500.00 |
| 16130 Prevost | 01/08/19 | 2024/09/11 | $18,500.00 |
| 67 Englewood | 04/30/21 | 2024/08/23 | $18,000.00 |
| 7369 Poe | 03/13/15 | 2024/08/22 | $53,600.00 |
| 961 E Savannah | 07/17/15 | 2024/08/15 | $2,100.00 |
| 1060 Meldrum | 03/17/22 | 2024/08/14 | $1,400.00 |
| 2633 Monterey | 03/08/22 | 2024/08/12 | $8,500.00 |
| 14805 E State Fair | 09/04/19 | 2024/07/16 | $10,500.00 |
| 2244 Highland | 08/02/16 | 2024/06/28 | $1,600.00 |
| 15645 Rossini Drive | 07/31/15 | 2024/03/26 | $1,900.00 |
| 20196 Monica | 01/17/20 | 2024/02/02 | $15,100.00 |
| 14152 Grandville | 01/24/20 | 2024/01/25 | $4,300.00 |
| 1846 E Grand Blvd | 10/01/15 | 2024/01/24 | $23,600.00 |
| 18007 Shields | 03/02/18 | 2023/10/03 | $7,000.00 |
| 4052 Tyler | 12/16/19 | 2023/09/26 | $65,600.00 |
| 14911 Bringard Dr | 02/27/15 | 2023/09/07 | $25,000.00 |
| 6546 Grandville | 12/11/15 | 2023/09/07 | $45,600.00 |
| 1265 Liebold | 12/14/18 | 2023/08/15 | $9,500.00 |
| 1231 Rademacher | 01/15/16 | 2023/07/28 | $20,000.00 |
| 1575 W Grand Blvd | 06/05/15 | 2023/07/25 | $3,100.00 |
| 9265 Boleyn | 05/06/19 | 2023/07/25 | $13,050.00 |
| 3964 W Lafayette | 09/18/20 | 2023/07/05 | $20,000.00 |
| 13320 Broadstreet | 07/31/15 | 2023/06/06 | $4,000.00 |
| 6515 Stahelin | 07/24/15 | 2023/06/05 | $13,100.00 |

---

1  Where multiple houses were conveyed to a single purchaser in one instrument, the sale price for each house is calculated by dividing the total purchase price by the number of houses included in the sale. For example, 1541 Lee Place was one of eight houses that were bundled and sold together for $8,000.00. The table therefore reflects a purchase price of $1,000.00 for the house at 1541 Lee Place.

| 14201 Forrer | 07/24/15 | 2023/05/16 | $18,000.00 |
| --- | --- | --- | --- |
| 8267 Wisconsin | 12/15/17 | 2023/02/07 | $16,000.00 |
| 6094 Evergreen | 06/05/19 | 2023/01/31 | $25,100.00 |
| 1148 Virginia Park | 08/22/14 | 2022/12/27 | $1,000.00 |
| 1170 Virginia Park | 10/16/14 | 2022/12/27 | $1,000.00 |
| 1534 W Euclid | 10/16/14 | 2022/12/27 | $1,000.00 |
| 1542 W Euclid | 10/16/14 | 2022/12/27 | $1,000.00 |
| 1545 W Euclid | 10/17/14 | 2022/12/27 | $1,000.00 |
| 1429 W Euclid | 12/19/14 | 2022/12/27 | $1,000.00 |
| 1504 W Euclid | 01/30/15 | 2022/12/27 | $1,000.00 |
| 1175 W Euclid | 04/01/15 | 2022/12/27 | $1,000.00 |
| 1247 W Euclid | 04/01/15 | 2022/12/27 | $1,000.00 |
| 2422 Norman | 05/27/15 | 2022/12/07 | $14,000.00 |
| 11741 Findlay | 11/09/18 | 2022/11/15 | $11,000.00 |
| 2679 E Canfield | 04/07/17 | 2022/10/06 | $1,000.00 |
| 20117 Stoepel | 11/02/18 | 2022/06/28 | $12,000.00 |
| 277 Belmont | 10/28/19 | 2022/06/28 | $27,000.00 |
| 20283 Bradford | 07/20/15 | 2022/05/11 | $20,000.00 |
| 4885 Kensington | 01/08/19 | 2022/05/09 | $25,000.00 |
| 10155 Britain | 12/04/19 | 2022/04/27 | $4,800.00 |
| 3418 John R | 03/05/21 | 2022/04/21 | $158,300.00 |
| 3422 John R | 03/05/21 | 2022/04/21 | $158,300.00 |
| 3426 John R | 03/05/21 | 2022/04/21 | $158,300.00 |
| 1261 Military | 12/16/19 | 2022/03/29 | $21,300.00 |
| 15750 Ferguson | 07/15/19 | 2022/03/22 | $1,500.00 |
| 18466 Revere | 05/27/15 | 2022/03/08 | $3,500.00 |
| 4241 Waverly | 08/09/19 | 2022/02/22 | $3,000.00 |
| 16128 Holmur | 06/05/15 | 2022/02/14 | $500.00 |
| 16130 Holmur | 06/05/15 | 2022/02/14 | $500.00 |
| 16155 Holmur | 12/21/15 | 2022/02/14 | $1,908.00 |
| 16542 Lindsay | 11/20/17 | 2022/02/01 | $43,300.00 |
| 10510 Curtis | 08/16/19 | 2022/01/19 | $1,000.00 |

| | | | |
|---|---|---|---|
| 16281 E State Fair | 09/04/19 | 2021/4/2 | $1,500.00 |
| 10616 Marne | 12/17/18 | 2021/12/21 | $1,000.00 |
| 1493 Lee Pl | 12/05/14 | 2021/11/30 | $1,000.00 |
| 1541 Lee Pl | 01/23/15 | 2021/11/30 | $1,000.00 |
| 1555 W Philadelphia | 08/07/15 | 2021/11/30 | $1,000.00 |
| 5098 Casmere | 02/20/15 | 2021/11/16 | $34,100.00 |
| 6703 Grandville | 05/06/19 | 2021/11/02 | $17,400.00 |
| 9151 Courville | 08/14/15 | 2021/10/12 | $2,600.00 |
| 1421 Webb | 12/14/18 | 2021/1/19 | $12,000.00 |
| 14981 E State Fair | 07/31/15 | 2021/09/14 | $6,500.00 |
| 14818 Fairmount Dr | 06/29/18 | 2021/08/31 | $8,500.00 |
| 17209 Murray Hill | 05/08/17 | 2021/08/17 | $15,000.00 |
| 15644 Eastburn | 12/17/18 | 2021/08/17 | $1,000.00 |
| 10422 W Outer Drive | 11/29/18 | 2021/08/03 | $12,880.00 |
| 15800 Biltmore | 01/08/19 | 2021/08/03 | $2,000.00 |
| 18001 Washburn | 12/07/18 | 2021/07/27 | $48,000.00 |
| 14905 Rossini Drive | 05/21/19 | 2021/07/27 | $25,000.00 |
| 7509 Chrysler | 10/04/18 | 2021/07/13 | $3,700.00 |
| 839 Distel | 03/08/19 | 2021/07/13 | $10,100.00 |
| 16284 Fairmount Dr | 01/08/19 | 2021/07/06 | $35,100.00 |
| 1828 E Grand Blvd | 07/17/15 | 2021/06/29 | $8,000.00 |
| 9191 Cameron | 12/14/18 | 2021/06/15 | $3,600.00 |
| 18687 Greenview | 03/11/16 | 2021/05/24 | $5,000.00 |
| 18663 Klinger | 01/30/15 | 2021/05/18 | $1,300.00 |
| 6067 Minock | 03/16/18 | 2021/05/18 | $16,000.00 |
| 14153 Carlisle | 05/21/19 | 2021/05/11 | $40,000.00 |
| 16515 Pierson | 06/20/19 | 2021/04/13 | $9,500.00 |
| 1509 W Philadelphia | 01/23/15 | 2021/04/08 | $1,000.00 |
| 12250 Abington Ave | 05/09/18 | 2021/03/31 | $4,700.00 |
| 13150 Kentucky | 10/01/15 | 2021/03/30 | $1,000.00 |
| 13901 Rutherford | 06/05/19 | 2021/03/23 | $17,650.00 |
| 22011 Margareta | 02/01/16 | 2021/03/16 | $18,000.00 |

3

| | | | |
|---|---|---|---|
| 14420 Westwood | 10/05/18 | 2021/02/25 | $1,000.00 |
| 14185 Prevost | 07/24/15 | 2021/02/23 | $22,500.00 |
| 14046 Grandville | 10/26/18 | 2021/02/12 | $12,800.00 |
| 446 King | 07/31/15 | 2020/12/15 | $25,050.00 |
| 14167 Winthrop | 07/31/15 | 2020/11/24 | $10,500.00 |
| 19143 Cameron | 03/11/16 | 2020/11/17 | $1,700.00 |
| 6726 Minock | 11/13/15 | 2020/11/16 | $16,000.00 |
| 6746 Westwood | 05/06/19 | 2020/11/10 | $9,680.00 |
| 16033 Ellsworth | 01/08/19 | 2020/10/27 | $13,840.00 |
| 18423 Norwood | 11/02/18 | 2020/10/20 | $2,200.00 |
| 1045 Casgrain | 11/01/16 | 2020/10/06 | $45,250.00 |
| 10505 Lanark | 03/15/19 | 2020/09/29 | $15,300.00 |
| 13062 Camden | 03/22/19 | 2020/09/29 | $6,000.00 |
| 13516 Kentucky | 10/01/15 | 2020/09/15 | $7,000.00 |
| 14650 Winthrop | 04/10/19 | 2020/09/15 | $8,550.00 |
| 10619 Duprey | 06/05/15 | 2020/09/08 | $11,450.00 |
| 6179 Oldtown | 12/17/18 | 2020/08/18 | $1,700.00 |
| 8069 Navy | 03/08/19 | 2020/08/18 | $26,100.00 |
| 7423 Woodrow Wilson | 06/03/16 | 2020/08/11 | $26,100.00 |
| 1308 Patricia | 03/15/19 | 2020/07/28 | $8,000.00 |
| 19416 Anglin | 05/06/16 | 2020/07/21 | $2,900.00 |
| 18781 Shaftsbury | 12/18/15 | 2020/07/14 | $1,600.00 |
| 1052 Morrell | 10/23/15 | 2020/06/30 | $19,800.00 |
| 15708 Eastburn | 07/24/15 | 2020/06/23 | $4,000.00 |
| 12880 Glastonbury | 04/06/15 | 2020/05/06 | $1,000.00 |
| 16241 Eastburn | 02/27/15 | 2020/04/14 | $2,000.00 |
| 4337 Waverly | 03/11/16 | 2020/04/07 | $8,050.00 |
| 6731 Forrer | 10/24/14 | 2020/03/03 | $22,160.00 |
| 10274 Balfour | 01/08/16 | 2020/03/03 | $7,100.00 |
| 18468 Stoepel | 11/03/14 | 2020/02/18 | $31,000.00 |
| 9885 E Outer Drive | 05/01/15 | 2020/02/04 | $1,600.00 |
| 11484 Balfour | 08/21/15 | 2020/01/24 | $1,200.00 |

| | | | |
|---|---|---|---|
| 9666 Everts | 06/19/15 | 2020/01/21 | $1,500.00 |
| 18980 Pinehurst | 11/13/15 | 2020/01/21 | $36,500.00 |
| 415 Marston | 09/04/15 | 2019/12/17 | $30,600.00 |
| 2300 Woodmere | 12/11/15 | 2019/12/17 | $20,000.00 |
| 9148 Grayton | 07/17/15 | 2019/12/10 | $4,200.00 |
| 13990 Plainview | 11/10/17 | 2019/11/26 | $32,550.00 |
| 1566 Ferdinand | 10/23/15 | 2019/11/19 | $27,100.00 |
| 8279 Kentucky | 01/08/16 | 2019/11/19 | $2,500.00 |
| 14410 Cedargrove | 05/06/16 | 2019/11/19 | $1,100.00 |
| 2030 Hazelwood | 06/09/17 | 2019/11/19 | $17,200.00 |
| 935 E Philadelphia | 07/31/15 | 2019/11/12 | $1,300.00 |
| 20164 Omira | 08/28/15 | 2019/11/12 | $2,000.00 |
| 12120 Christy | 03/11/16 | 2019/11/12 | $1,000.00 |
| 15600 Rossini Drive | 07/31/15 | 2019/11/05 | $1,100.00 |
| 16229 Eastburn | 11/13/15 | 2019/11/05 | $9,600.00 |
| 1044 Morrell | 06/29/18 | 2019/10/22 | $46,000.00 |
| 6451 Stahelin | 10/01/15 | 2019/10/15 | $7,600.00 |
| 12858 Caldwell | 11/13/18 | 2019/10/08 | $11,100.00 |
| 9251 Grayton | 07/31/15 | 2019/10/04 | $9,000.00 |
| 18075 Roselawn | 12/19/14 | 2019/09/25 | $67,200.00 |
| 1936 Atkinson | 08/28/15 | 2019/09/10 | $34,150.00 |
| 9183 Yorkshire | 07/17/15 | 2019/08/29 | $18,000.00 |
| 17336 Prairie | 12/18/15 | 2019/08/27 | $39,050.00 |
| 12285 Asbury Park | 07/31/15 | 2019/08/22 | $1,000.00 |
| 1730 E Grand Blvd | 08/14/15 | 2019/07/24 | $30,100.00 |
| 311 Owen | 07/31/15 | 2019/07/23 | $16,600.00 |
| 8287 Cloverlawn | 01/08/16 | 2019/07/16 | $2,000.00 |
| 6207 Grandville | 10/10/14 | 2019/07/09 | $2,500.00 |
| 955 E Robinwood | 07/17/15 | 2019/06/20 | $1,600.00 |
| 9419 Littlefield | 03/04/16 | 2019/06/18 | $1,000.00 |
| 10011 Grayton | 07/24/15 | 2019/06/04 | $1,100.00 |
| 12066 Auburn | 09/04/15 | 2019/06/04 | $1,200.00 |

| | | | |
|---|---|---|---|
| 11644 Stahelin | 04/20/18 | 2019/05/28 | $13,000.00 |
| 8357 Roselawn | 06/26/15 | 2019/05/14 | $1,000.00 |
| 6810 Plainview | 03/29/18 | 2019/05/14 | $1,100.00 |
| 2724 Mt Elliott | 05/06/16 | 2019/05/10 | $1,000.00 |
| 4308 Tyler | 03/31/15 | 2019/05/07 | $10,500.00 |
| 855 E Grand Blvd | 06/05/15 | 2019/04/30 | $5,200.00 |
| 6703 Stahelin | 10/01/15 | 2019/04/30 | $22,500.00 |
| 14337 Winthrop | 12/18/15 | 2019/04/23 | $10,000.00 |
| 20475 Greenlawn | 07/24/15 | 2019/04/16 | $4,600.00 |
| 527 E Euclid | 08/19/16 | 2019/04/11 | $30,100.00 |
| 429 Eastlawn | 01/08/16 | 2019/04/09 | $40,200.00 |
| 2010 Atkinson | 01/16/15 | 2019/04/05 | $21,500.00 |
| 19819 San Juan | 07/24/15 | 2019/04/04 | $24,100.00 |
| 13127 Moenart | 03/13/15 | 2019/03/29 | $28,300.00 |
| 2200 Atkinson | 07/22/16 | 2019/03/29 | $60,560.00 |
| 231 Westminster | 01/16/15 | 2019/03/27 | $10,000.00 |
| 1730 Edison | 08/15/14 | 2019/03/19 | $47,550.00 |
| 19965 Northlawn | 07/31/15 | 2019/03/19 | $1,000.00 |
| 405 E Grand Blvd | 09/11/15 | 2019/03/19 | $65,600.00 |
| 14575 St Marys | 11/10/17 | 2019/03/19 | $13,500.00 |
| 18411 Washburn | 04/15/16 | 2019/03/15 | $53,200.00 |
| 17414 Washburn | 01/09/15 | 2019/03/07 | $1,000.00 |
| 18046 Norwood | 05/08/15 | 2019/03/07 | $1,000.00 |
| 561 Melbourne | 09/11/15 | 2019/03/07 | $8,800.00 |
| 1211 Edison | 08/15/14 | 2019/03/05 | $42,600.00 |
| 17300 Woodingham | 06/19/15 | 2019/03/05 | $27,950.00 |
| 13503 Northlawn | 07/31/15 | 2019/03/05 | $1,100.00 |
| 672 Clairmount | 03/04/16 | 2019/03/01 | $1,000.00 |
| 12641 Mettetal | 03/25/16 | 2019/02/28 | $20,000.00 |
| 11651 Penrod | 06/10/16 | 2019/02/26 | $5,440.00 |
| 20185 Indiana | 06/26/15 | 2019/02/19 | $2,600.00 |
| 12088 Rosemont | 09/04/15 | 2019/02/19 | $17,500.00 |

6

| | | | |
|---|---|---|---|
| 17569 Cherrylawn | 04/15/16 | 2019/02/19 | $15,050.00 |
| 2550 W Boston Blvd | 04/01/15 | 2019/02/14 | $6,500.00 |
| 6727 Grandville | 11/13/15 | 2019/02/14 | $6,000.00 |
| 8638 Schaefer | 12/05/14 | 2019/02/12 | $11,550.00 |
| 1106 Patricia | 07/17/15 | 2019/02/05 | $1,200.00 |
| 20016 Santa Rosa | 10/30/15 | 2019/02/05 | $7,000.00 |
| 10518 Balfour | 07/31/15 | 2019/01/29 | $3,250.00 |
| 16114 Pierson | 02/16/16 | 2019/01/29 | $20,000.00 |
| 10428 Marne | 06/22/15 | 2019/01/25 | $10,500.00 |
| 14394 Evergreen | 06/19/15 | 2019/01/24 | $4,900.00 |
| 10028 Grayton | 07/24/15 | 2019/01/24 | $1,000.00 |
| 14351 Prevost | 07/24/15 | 2019/01/24 | $1,100.00 |
| 7263 Senator | 05/27/16 | 2019/01/24 | $18,000.00 |
| 15265 E State Fair | 07/31/15 | 2019/01/16 | $1,000.00 |
| 698 Pingree | 04/10/15 | 2019/01/14 | $17,250.00 |
| 350 Leicester Ct | 09/11/15 | 2019/01/11 | $25,050.00 |
| 9170 Woodhall | 06/05/15 | 2019/01/10 | $1,000.00 |
| 17213 Forrer | 12/18/15 | 2019/01/10 | $13,750.00 |
| 16237 Lahser | 07/25/14 | 2019/01/08 | $7,600.00 |
| 5852 Minock | 09/19/14 | 2019/01/08 | $5,500.00 |
| 6050 Minock | 04/17/15 | 2019/01/03 | $4,100.00 |
| 10303 Lanark | 12/04/15 | 2019/01/03 | $1,300.00 |
| 20236 Mendota | 07/17/15 | 2018/12/19 | $2,050.00 |
| 3964 Eldridge | 11/21/14 | 2018/12/13 | $24,300.00 |
| 14322 Auburn | 06/12/15 | 2018/12/11 | $2,300.00 |
| 656 Alger | 07/31/15 | 2018/12/11 | $21,100.00 |
| 2332 Honorah | 08/14/15 | 2018/12/11 | $4,100.00 |
| 18637 Greenview | 12/18/15 | 2018/12/11 | $7,550.00 |
| 819 E Grand Blvd | 06/05/15 | 2018/12/10 | $40,650.00 |
| 9181 Woodhall | 06/05/15 | 2018/12/06 | $1,000.00 |
| 8516 Greenlawn | 08/28/15 | 2018/12/06 | $1,000.00 |
| 17180 Stoepel | 12/04/15 | 2018/12/06 | $11,200.00 |

| | | | |
|---|---|---|---|
| 8623 Kentucky | 03/11/16 | 2018/12/06 | $5,500.00 |
| 15839 Fairmount Dr | 08/15/15 | 2018/12/04 | $2,000.00 |
| 16719 Gilchrist | 08/21/15 | 2018/12/04 | $8,600.00 |
| 5504 Harold | 11/13/15 | 2018/11/29 | $25,000.00 |
| 4331 Waverly | 01/09/15 | 2018/11/28 | $2,560.00 |
| 3824 Buena Vista | 04/06/15 | 2018/11/28 | $32,560.00 |
| 13965 Forrer | 08/14/15 | 2018/11/28 | $12,500.00 |
| 10427 Merlin | 08/07/15 | 2018/11/27 | $15,400.00 |
| 20451 Birwood | 12/18/15 | 2018/11/27 | $4,250.00 |
| 14042 Evergreen | 06/12/15 | 2018/11/20 | $4,160.00 |
| 8336 Cahalan | 06/12/15 | 2018/11/20 | $3,100.00 |
| 16053 Bringard Dr | 04/01/15 | 2018/11/16 | $6,300.00 |
| 19957 Roselawn | 06/26/15 | 2018/11/15 | $1,000.00 |
| 8250 Northlawn | 06/26/15 | 2018/11/15 | $2,400.00 |
| 14878 Pierson | 09/11/15 | 2018/11/15 | $3,000.00 |
| 3200 E Outer Drive | 05/29/15 | 2018/11/08 | $16,300.00 |
| 6429 Auburn | 12/04/15 | 2018/11/08 | $10,600.00 |
| 13570 Greenview | 04/03/15 | 2018/11/06 | $1,400.00 |
| 6851 Auburn | 11/13/15 | 2018/11/06 | $5,400.00 |
| 18748 Greenview | 12/04/15 | 2018/11/06 | $4,600.00 |
| 6500 Ashton | 12/11/15 | 2018/11/06 | $1,000.00 |
| 8032 Northlawn | 01/08/16 | 2018/11/06 | $1,000.00 |
| 16911 Burgess | 07/18/14 | 2018/11/02 | $1,100.00 |
| 1631 E Outer Drive | 05/29/15 | 2018/11/02 | $9,500.00 |
| 8587 Northlawn | 07/02/15 | 2018/11/01 | $1,000.00 |
| 10089 Britain | 01/08/16 | 2018/11/01 | $2,500.00 |
| 15355 Auburn | 12/11/15 | 2018/10/30 | $1,300.00 |
| 17312 Littlefield | 04/29/16 | 2018/10/30 | $1,000.00 |
| 598 Lakewood | 03/20/15 | 2018/10/26 | $10,500.00 |
| 8001 Hartwell | 11/14/14 | 2018/10/25 | $26,800.00 |
| 687 Hazelwood | 05/29/15 | 2018/10/25 | $15,100.00 |
| 15910 Prevost | 09/11/15 | 2018/10/25 | $1,100.00 |

8

| | | | |
|---|---|---|---|
| 14040 Glastonbury | 07/24/15 | 2018/10/24 | $1,000.00 |
| 9131 Kensington | 01/08/16 | 2018/10/24 | $15,700.00 |
| 12133 Plainview | 05/01/15 | 2018/10/23 | $1,000.00 |
| 10442 Merlin | 07/17/15 | 2018/10/23 | $6,800.00 |
| 8367 Carlin | 07/17/15 | 2018/10/23 | $1,000.00 |
| 8202 Normile | 10/27/15 | 2018/10/23 | $4,500.00 |
| 18060 Binder | 03/04/16 | 2018/10/23 | $1,400.00 |
| 18200 Sorrento | 05/22/15 | 2018/10/19 | $8,550.00 |
| 20469 Mccormick | 05/22/15 | 2018/10/19 | $17,000.00 |
| 9350 Sanilac | 06/05/15 | 2018/10/19 | $5,000.00 |
| 6788 Plainview | 06/19/15 | 2018/10/19 | $1,800.00 |
| 1910 E Grand Blvd | 07/17/15 | 2018/10/19 | $1,100.00 |
| 4421 Oregon | 08/07/15 | 2018/10/18 | $3,000.00 |
| 13501 Stahelin | 04/29/15 | 2018/10/16 | $1,100.00 |
| 16559 Kentucky | 05/01/15 | 2018/10/16 | $8,550.00 |
| 18455 Revere | 05/27/15 | 2018/10/16 | $2,960.00 |
| 6365 Vaughan | 06/05/15 | 2018/10/16 | $2,200.00 |
| 18403 Steel | 07/31/15 | 2018/10/16 | $52,000.00 |
| 20035 Santa Barbara | 07/31/15 | 2018/10/16 | $2,800.00 |
| 17230 Vaughan | 12/04/15 | 2018/10/16 | $1,000.00 |
| 6751 Montrose | 02/27/15 | 2018/10/12 | $17,500.00 |
| 245 Custer | 06/19/15 | 2018/10/12 | $65,100.00 |
| 15919 E State Fair | 07/02/15 | 2018/10/12 | $1,500.00 |
| 9153 Chamberlain | 09/05/14 | 2018/10/11 | $6,100.00 |
| 12937 Glastonbury | 03/25/15 | 2018/10/11 | $2,100.00 |
| 6865 Vaughan | 06/05/15 | 2018/10/11 | $8,100.00 |
| 7349 Churchill | 05/13/16 | 2018/10/11 | $65,500.00 |
| 16195 Burt Rd | 11/10/17 | 2018/10/11 | $6,100.00 |
| 3775 Waverly | 03/31/15 | 2018/10/10 | $2,500.00 |
| 14352 Evergreen | 06/19/15 | 2018/10/10 | $1,300.00 |
| 264 Mt Vernon | 06/26/15 | 2018/10/10 | $20,050.00 |
| 20100 Prairie | 07/24/15 | 2018/10/10 | $14,300.00 |

| | | | |
|---|---|---|---|
| 560 Hague | 08/03/15 | 2018/10/10 | $1,000.00 |
| 20174 Ilene | 07/31/15 | 2018/10/09 | $9,000.00 |
| 1026 Dragoon | 04/03/15 | 2018/10/05 | $5,100.00 |
| 12943 Rosemont | 05/29/15 | 2018/10/05 | $1,100.00 |
| 1859 E Grand Blvd | 07/17/15 | 2018/10/05 | $6,000.00 |
| 6417 Grandville | 12/11/15 | 2018/10/05 | $32,400.00 |
| 18699 Shaftsbury | 12/18/15 | 2018/10/05 | $3,500.00 |
| 20166 Kentucky | 07/02/15 | 2018/10/04 | $2,700.00 |
| 20037 Roselawn | 07/14/15 | 2018/10/04 | $1,500.00 |
| 10106 Grayton | 07/31/15 | 2018/10/04 | $1,000.00 |
| 15225 E State Fair | 07/31/15 | 2018/10/04 | $2,700.00 |
| 6804 Plainview | 12/11/15 | 2018/10/04 | $11,200.00 |
| 20155 Mendota | 01/13/17 | 2018/10/04 | $3,500.00 |
| 6755 Vaughan | 06/05/15 | 2018/10/03 | $10,000.00 |
| 19947 Prairie | 04/15/16 | 2018/10/03 | $2,150.00 |
| 18115 Cherrylawn | 08/01/14 | 2018/10/02 | $26,250.00 |
| 5118 Garvin | 04/24/15 | 2018/10/02 | $17,000.00 |
| 15754 Evergreen | 06/12/15 | 2018/10/02 | $3,000.00 |
| 9132 Woodhall | 06/12/15 | 2018/10/02 | $1,000.00 |
| 15820 Mansfield | 09/11/15 | 2018/10/02 | $3,800.00 |
| 12923 Forrer | 03/25/16 | 2018/10/02 | $10,100.00 |
| 19965 Roselawn | 04/29/16 | 2018/10/02 | $3,100.00 |
| 16537 Fielding | 07/18/14 | 2018/09/28 | $4,300.00 |
| 8103 Manor | 01/23/15 | 2018/09/28 | $13,900.00 |
| 9239 Grayton | 07/24/15 | 2018/09/28 | $1,300.00 |
| 10061 Grayton | 07/31/15 | 2018/09/28 | $5,900.00 |
| 16149 Wisconsin | 08/07/15 | 2018/09/28 | $16,050.00 |
| 18453 Monica | 10/30/15 | 2018/09/28 | $35,500.00 |
| 17373 Griggs | 12/18/15 | 2018/09/28 | $4,050.00 |
| 8500 Northlawn | 01/08/16 | 2018/09/28 | $6,500.00 |
| 10519 Lanark | 05/22/15 | 2018/09/27 | $1,000.00 |
| 1637 E Outer Drive | 05/29/15 | 2018/09/27 | $11,300.00 |

| 10723 Peerless | 06/05/15 | 2018/09/27 | $1,000.00 |
| 9906 Yorkshire | 08/07/15 | 2018/09/27 | $1,000.00 |
| 16758 Mansfield | 09/11/15 | 2018/09/27 | $7,000.00 |
| 22052 Willmarth | 01/15/16 | 2018/09/27 | $1,400.00 |
| 6352 Auburn | 11/13/15 | 2018/09/25 | $13,100.00 |
| 16403 Bringard Dr | 01/15/16 | 2018/09/25 | $1,000.00 |
| 4775 Sturtevant | 04/01/15 | 2018/09/21 | $2,050.00 |
| 6515 Gladys | 09/25/15 | 2018/09/20 | $15,050.00 |
| 15402 Fairmount Dr | 07/24/15 | 2018/09/18 | $6,500.00 |
| 246 E Philadelphia | 03/04/16 | 2018/09/18 | $6,400.00 |
| 9843 Yorkshire | 08/07/15 | 2018/09/14 | $4,800.00 |
| 2334 Honorah | 12/11/15 | 2018/09/10 | $13,000.00 |
| 8461 E Outer Drive | 06/12/15 | 2018/09/06 | $10,100.00 |
| 8361 Carlin | 03/03/15 | 2018/08/29 | $1,200.00 |
| 20459 Cherrylawn | 07/31/15 | 2018/08/27 | $7,600.00 |
| 20430 Gardendale | 06/12/15 | 2018/08/22 | $14,100.00 |
| 8083 Manor | 01/23/15 | 2018/08/10 | $17,200.00 |
| 431 Hague | 07/31/15 | 2018/07/26 | $15,150.00 |
| 20501 Northlawn | 06/12/15 | 2018/07/19 | $4,200.00 |
| 9217 Bishop | 06/19/15 | 2018/07/18 | $1,900.00 |
| 16157 Wisconsin | 06/20/14 | 2018/07/17 | $10,050.00 |
| 6854 Rutherford | 03/13/15 | 2018/07/13 | $31,100.00 |
| 14224 Grandville | 04/13/15 | 2018/07/12 | $1,100.00 |
| 18469 Binder | 04/24/15 | 2018/07/11 | $1,000.00 |
| 14150 Montrose | 07/31/15 | 2018/06/29 | $5,200.00 |
| 10241 Balfour | 01/08/16 | 2018/06/29 | $1,000.00 |
| 14230 Forrer | 07/24/15 | 2018/06/25 | $3,700.00 |
| 7458 Kipling | 02/27/15 | 2018/06/22 | $1,850.00 |
| 5109 Garvin | 04/24/15 | 2018/06/22 | $28,400.00 |
| 6886 Grandville | 12/11/15 | 2018/06/22 | $9,700.00 |
| 6403 Ashton | 07/17/15 | 2018/06/20 | $4,800.00 |
| 18511 Santa Rosa | 03/03/15 | 2018/06/18 | $30,550.00 |

| | | | |
|---|---|---|---|
| 8264 Cloverlawn | 06/26/15 | 2018/06/15 | $1,100.00 |
| 19991 Mccormick | 06/19/15 | 2018/06/14 | $2,100.00 |
| 16591 Avon | 06/26/15 | 2018/06/14 | $2,000.00 |
| 16154 Greenlawn | 02/06/15 | 2018/06/13 | $9,000.00 |
| 14220 E State Fair | 12/18/15 | 2018/06/13 | $11,600.00 |
| 6741 Vaughan | 06/05/15 | 2018/06/12 | $6,000.00 |
| 383 Newport | 12/05/14 | 2018/06/11 | $1,000.00 |
| 13514 Artesian | 03/25/15 | 2018/06/07 | $1,000.00 |
| 20163 Mendota | 12/18/15 | 2018/06/06 | $4,200.00 |
| 18415 Dean | 04/10/15 | 2018/05/22 | $2,000.00 |
| 11720 Minock | 05/22/15 | 2018/05/18 | $2,800.00 |
| 16149 Indiana | 06/06/14 | 2018/05/16 | $1,600.00 |
| 6880 Parkwood | 12/18/15 | 2018/05/11 | $5,300.00 |
| 6414 Plainview | 06/04/15 | 2018/05/10 | $11,500.00 |
| 16479 Carlisle | 04/01/15 | 2018/05/03 | $3,600.00 |
| 7343 Churchill | 03/13/15 | 2018/05/02 | $29,050.00 |
| 92 Kenilworth | 01/08/16 | 2018/04/24 | $8,800.00 |
| 14450 Bringard Dr | 09/12/14 | 2018/04/19 | $12,000.00 |
| 1434 Atkinson | 08/15/14 | 2018/04/10 | $10,080.00 |
| 13543 Greenview | 07/31/15 | 2018/03/30 | $1,300.00 |
| 1721 Atkinson | 09/25/15 | 2018/03/22 | $55,300.00 |
| 17522 Pennington | 12/05/14 | 2018/03/15 | $7,000.00 |
| 14330 Minock | 06/12/15 | 2018/03/15 | $1,000.00 |
| 13600 Penrod | 04/06/15 | 2018/02/21 | $4,000.00 |
| 6075 Ashton | 07/17/15 | 2018/02/20 | $6,300.00 |
| 14127 Montrose | 01/08/16 | 2018/01/30 | $2,800.00 |
| 244 Leicester Ct | 06/19/15 | 2018/01/29 | $3,500.00 |
| 15136 Winthrop | 05/06/16 | 2018/01/22 | $1,300.00 |
| 550 Smith | 07/31/15 | 2018/01/18 | $32,100.00 |
| 12660 Tuller | 11/20/15 | 2018/01/02 | $8,500.00 |
| 16732 Patton | 03/04/16 | 2017/12/20 | $16,080.00 |
| 14624 Prevost | 08/26/16 | 2017/12/12 | $10,500.00 |

| | | | |
|---|---|---|---|
| 16207 Gilchrist | 08/21/15 | 2017/11/30 | $12,050.00 |
| 583 Alger | 07/31/15 | 2017/11/29 | $2,400.00 |
| 9975 Bishop | 07/24/15 | 2017/11/28 | $1,000.00 |
| 16484 Fairmount Dr | 01/15/16 | 2017/11/16 | $5,750.00 |
| 2271 Atkinson | 08/15/14 | 2017/11/15 | $30,100.00 |
| 2618 Inglis | 06/05/15 | 2017/11/02 | $14,350.00 |
| 13935 Asbury Park | 07/17/15 | 2017/10/23 | $8,050.00 |
| 16600 Rutherford | 08/28/15 | 2017/10/19 | $1,000.00 |
| 5130 Eldridge | 11/21/14 | 2017/10/10 | $11,100.00 |
| 14433 Asbury Park | 08/14/15 | 2017/10/10 | $21,650.00 |
| 18915 Kentucky | 10/31/14 | 2017/09/18 | $15,000.00 |
| 8205 Dexter | 06/22/23 | 2017/06/29 | $1,000.00 |
| 2217 E Outer Drive | 05/29/15 | 2017/04/11 | $1,000.00 |
| 414 W Grand Blvd | 04/10/15 | 2017/02/03 | $20,450.00 |
| 2280 Atkinson | 08/15/14 | 2016/10/27 | $15,000.00 |
| 3476 Audubon | 03/31/15 | 2016/10/18 | $25,000.00 |
| 3759 Tyler | 03/31/15 | 2016/08/02 | $1,400.00 |
| 6058 Auburn | 09/26/14 | 2016/07/07 | $1,000.00 |
| 4365 Tyler | 04/01/15 | 2016/07/07 | $1,000.00 |
| 1256 24th St | 10/10/14 | 2016/05/19 | $7,300.00 |
| 4055 Fullerton | 04/06/15 | 2016/05/17 | $13,550.00 |
| 16166 Westbrook | 07/25/14 | 2016/03/23 | $3,550.00 |
| 4870 Sturtevant | 04/01/15 | 2016/02/19 | $2,200.00 |
| 16425 Collingham | 04/01/15 | 2016/02/17 | $2,500.00 |
| 6078 Auburn | 09/26/14 | 2016/01/27 | $4,000.00 |
| 12031 Faust | 05/19/15 | 2016/01/21 | $2,600.00 |
| 10223 E Outer Drive | 05/27/15 | 2016/01/15 | $21,200.00 |
| 1419 Mckinstry | 10/10/14 | 2015/12/11 | $1,000.00 |
| 10112 Curtis | 10/10/14 | 2015/12/07 | $14,600.00 |
| 18402 Norwood | 04/13/15 | 2015/12/04 | $1,550.00 |
| 17321 Westmoreland | 11/14/14 | 2015/11/05 | $1,625.00 |
| 8750 Homer | 09/05/14 | 2015/11/03 | $6,600.00 |

| | | | |
|---|---|---|---|
| 6850 Abington Ave | 04/01/15 | 2015/10/30 | $12,000.00 |
| 5647 Caniff | 02/13/15 | 2015/10/28 | $1,000.00 |
| 6217 Faust | 04/03/15 | 2015/10/27 | $10,600.00 |
| 6361 Mansfield | 10/24/14 | 2015/10/22 | $8,100.00 |
| 18600 Ilene | 04/01/15 | 2015/10/21 | $1,000.00 |
| 5594 Harold | 04/01/15 | 2015/10/21 | $7,100.00 |
| 4239 Tyler | 03/04/15 | 2015/10/20 | $1,300.00 |
| 7084 Army | 04/13/15 | 2015/10/19 | $1,000.00 |
| 6900 Longacre | 04/01/15 | 2015/10/16 | $2,400.00 |
| 8731 Mandale | 09/05/14 | 2015/10/15 | $2,600.00 |
| 1177 Morrell | 10/10/14 | 2015/10/09 | $1,000.00 |
| 8234 Meyers | 11/14/14 | 2015/10/08 | $4,800.00 |
| 17164 Birwood | 10/10/14 | 2015/10/06 | $1,000.00 |
| 6701 Asbury Park | 10/24/14 | 2015/10/06 | $2,200.00 |
| 4295 Waverly | 03/04/15 | 2015/10/02 | $1,000.00 |
| 16207 Indiana | 06/06/14 | 2015/09/29 | $3,100.00 |
| 5983 Kensington | 07/11/14 | 2015/09/18 | $6,200.00 |
| 13894 Carlisle | 03/03/15 | 2015/09/02 | $1,000.00 |
| 17365 Birwood | 04/01/15 | 2015/08/31 | $1,000.00 |
| 4088 Tyler | 03/31/15 | 2015/08/05 | $1,000.00 |
| 13204 Broadstreet | 03/31/15 | 2015/07/30 | $10,100.00 |
| 18701 Birwood | 04/01/15 | 2015/07/29 | $3,600.00 |
| 5775 Yorkshire | 03/20/15 | 2015/07/22 | $7,600.00 |
| 18963 Pinehurst | 10/10/14 | 2015/07/06 | $4,350.00 |
| 16250 Indiana | 06/06/14 | 2015/06/25 | $2,600.00 |
| 18950 Washburn | 10/10/14 | 2015/06/25 | $6,950.00 |
| 16610 Chandler Park Dr | 09/12/14 | 2015/06/22 | $8,350.00 |
| 16539 Northlawn | 04/03/15 | 2015/06/19 | $1,000.00 |
| 16182 Indiana | 06/20/14 | 2015/06/17 | $1,400.00 |
| 16169 Greenlawn | 12/05/14 | 2015/05/29 | $4,200.00 |
| 8226 Hartwell | 03/03/15 | 2015/05/28 | $18,100.00 |
| 20108 Regent Dr | 09/19/14 | 2015/05/15 | $3,500.00 |

| | | | |
|---|---|---|---|
| 13900 Edmore Dr | 09/19/14 | 2015/05/11 | $10,100.00 |
| 16252 Ohio | 06/16/14 | 2015/04/22 | $8,100.00 |
| 14626 Fairmount Dr | 09/19/14 | 2015/04/17 | $1,000.00 |
| 17041 Chandler Park Dr | 07/11/14 | 2015/03/03 | $15,200.00 |
| 16161 Roselawn | 06/06/14 | 2015/02/26 | $6,400.00 |
| 16747 Lahser | 07/25/14 | 2015/02/13 | $3,600.00 |
| 16165 Ohio | 06/16/14 | 2015/02/03 | $4,200.00 |
| 5205 Yorkshire | 07/11/14 | 2015/01/02 | $6,100.00 |
| 16177 Roselawn | 06/16/14 | 2014/11/25 | $1,000.00 |
| 4892 Harvard Rd | 07/11/14 | 2014/11/21 | $16,100.00 |
| 3941 Cadieux | 07/11/14 | 2014/11/18 | $1,100.00 |
| | | | |
| | | **TOTAL SALES REVENUE:** | **$5,118,193.00** |
| | | **Average sales revenue per NAP-acquired house:** | **$11,348.54** |

15