# Exhibit 3:
# Table of properties taken via NAP since 2022 and held in DLBA inventory

## Table of Properties Taken by DLBA
## via NAP since 2022 and Held in Inventory

| Property street address | Date taken by DLBA | Assessed value of property in year it was taken by DLBA, per City of Detroit Assessor[1] | Minimum true cash value of property, per tax assessment |
|---|---|---|---|
| 2580 Lakewood | 07/12/24 | $35,600.00 | $71,200.00 |
| 2594 Lakewood | 07/12/24 | $31,500.00 | $63,000.00 |
| 423 Marlborough | 07/12/24 | $30,400.00 | $60,800.00 |
| 736 Tennessee | 07/12/24 | $2,600.00 | $5,200.00 |
| 14128 Orleans | 06/28/24 | $4,400.00 | $8,800.00 |
| 1441 Longfellow | 06/28/24 | $118,300.00 | $236,600.00 |
| 14896 Stout | 06/28/24 | $13,700.00 | $27,400.00 |
| 17190 Lamont | 06/28/24 | $7,700.00 | $15,400.00 |
| 18594 Riopelle | 06/28/24 | $17,100.00 | $34,200.00 |
| 18696 Dwyer | 06/28/24 | $20,200.00 | $40,400.00 |
| 18857 Riopelle | 06/28/24 | $15,100.00 | $30,200.00 |
| 18915 Lumpkin | 06/28/24 | $29,700.00 | $59,400.00 |
| 18983 Alcoy | 06/28/24 | $15,900.00 | $31,800.00 |
| 19340 St Louis | 06/28/24 | $12,000.00 | $24,000.00 |
| 19387 Goulburn | 06/28/24 | $42,100.00 | $84,200.00 |
| 19459 Sunset | 06/28/24 | $26,900.00 | $53,800.00 |
| 19775 Westphalia | 06/28/24 | $15,500.00 | $31,000.00 |
| 20032 Hanna | 06/28/24 | $17,600.00 | $35,200.00 |
| 2309 Waverly | 06/28/24 | $24,000.00 | $48,000.00 |
| 2494 Calvert | 06/28/24 | $21,600.00 | $43,200.00 |
| 3761 Scovel Pl | 06/28/24 | $9,000.00 | $18,000.00 |
| 534 Leicester Ct | 06/28/24 | $58,100.00 | $116,200.00 |
| 10786 Haverhill | 06/14/24 | $26,400.00 | $52,800.00 |
| 11119 PORTLANCE | 06/14/24 | $31,300.00 | $62,600.00 |
| 11947 Laing | 06/14/24 | $35,200.00 | $70,400.00 |

---

1  Assessed value cannot exceed 50% of the true cash value of the property. Assessments shown for 2024 are tentative assessments.

| | | | |
|---|---|---|---|
| 12211 Wade | 06/14/24 | $0.00 | $0.00 |
| 12505 Evanston | 06/14/24 | $15,400.00 | $30,800.00 |
| 12642 Flanders | 06/14/24 | $33,300.00 | $66,600.00 |
| 13336 Rosemary | 06/14/24 | $27,500.00 | $55,000.00 |
| 14242 Northlawn | 06/14/24 | $11,000.00 | $22,000.00 |
| 14258 Glenfield | 06/14/24 | $25,700.00 | $51,400.00 |
| 5163 Garland | 06/14/24 | $500.00 | $1,000.00 |
| 4074 Tyler | 06/07/24 | $82,500.00 | $165,000.00 |
| 12730 Mendota | 06/07/24 | $11,500.00 | $23,000.00 |
| 13695 Capitol | 06/07/24 | $8,200.00 | $16,400.00 |
| 18684 Conley | 06/07/24 | $15,600.00 | $31,200.00 |
| 19660 Syracuse | 06/07/24 | $19,000.00 | $38,000.00 |
| 715 E Nevada | 06/07/24 | $0.00 | $0.00 |
| 7511 Dobel | 06/07/24 | $11,400.00 | $22,800.00 |
| 8303 Coyle | 06/07/24 | $14,600.00 | $29,200.00 |
| 9120 Appoline | 06/07/24 | $35,200.00 | $70,400.00 |
| 9711 Brockton | 06/07/24 | $10,100.00 | $20,200.00 |
| 4222 Cadillac | 05/24/24 | $21,100.00 | $42,200.00 |
| 13340 Corbett | 05/24/24 | $18,800.00 | $37,600.00 |
| 14250 Corbett | 05/24/24 | $20,900.00 | $41,800.00 |
| 14998 Wilfred | 05/24/24 | $12,200.00 | $24,400.00 |
| 26367 W Outer Dr | 05/24/24 | $12,400.00 | $24,800.00 |
| 1515 Hurlbut | 05/17/24 | $22,400.00 | $44,800.00 |
| 19464 Woodbine | 05/17/24 | $17,200.00 | $34,400.00 |
| 12692 Sussex | 05/17/24 | $7,800.00 | $15,600.00 |
| 14001 Lauder | 05/17/24 | $18,700.00 | $37,400.00 |
| 14870 Freeland | 05/17/24 | $28,700.00 | $57,400.00 |
| 15485 Grayfield | 05/17/24 | $19,000.00 | $38,000.00 |
| 15740 Westbrook | 05/17/24 | $27,300.00 | $54,600.00 |
| 18951 Beland | 05/17/24 | $18,600.00 | $37,200.00 |
| 2447 Sturtevant | 05/17/24 | $16,800.00 | $33,600.00 |
| 2511 Monterey | 05/17/24 | $15,400.00 | $30,800.00 |

| | | | |
|---|---|---|---|
| 2536 Calvert | 05/17/24 | $38,100.00 | $76,200.00 |
| 2938 Cortland | 05/17/24 | $24,900.00 | $49,800.00 |
| 3039 Collingwood | 05/17/24 | $21,000.00 | $42,000.00 |
| 1935 Kendall | 05/10/24 | $17,400.00 | $34,800.00 |
| 5270 Allendale | 05/10/24 | $10,100.00 | $20,200.00 |
| 6003 Oldtown | 05/10/24 | $37,700.00 | $75,400.00 |
| 17301 Beaverland | 05/03/24 | $31,300.00 | $62,600.00 |
| 19323 Rosemont | 05/03/24 | $18,000.00 | $36,000.00 |
| 12658 Monica | 05/03/24 | $27,600.00 | $55,200.00 |
| 12898 Dale | 05/03/24 | $30,800.00 | $61,600.00 |
| 14269 Appoline | 05/03/24 | $11,300.00 | $22,600.00 |
| 14883 Marlowe | 05/03/24 | $34,700.00 | $69,400.00 |
| 14927 Archdale | 05/03/24 | $72,200.00 | $144,400.00 |
| 18541 Fielding | 05/03/24 | $30,900.00 | $61,800.00 |
| 19314 Helen | 05/03/24 | $14,500.00 | $29,000.00 |
| 19441 Healy | 05/03/24 | $16,100.00 | $32,200.00 |
| 19488 Glastonbury | 05/03/24 | $31,500.00 | $63,000.00 |
| 2518 Waverly | 05/03/24 | $300.00 | $600.00 |
| 3834 Scovel Pl | 05/03/24 | $7,800.00 | $15,600.00 |
| 8850 Rutland | 05/03/24 | $14,600.00 | $29,200.00 |
| 9165 Manor | 05/03/24 | $32,100.00 | $64,200.00 |
| 9272 Plainview | 05/03/24 | $20,800.00 | $41,600.00 |
| 14116 Seymour | 04/26/24 | $12,600.00 | $25,200.00 |
| 15040 Alma | 04/26/24 | $7,900.00 | $15,800.00 |
| 18058 Northlawn | 04/26/24 | $68,600.00 | $137,200.00 |
| 1422 W Grand Blvd | 04/26/24 | $46,000.00 | $92,000.00 |
| 1726 Pine | 04/26/24 | $20,900.00 | $41,800.00 |
| 3876 Merrick | 04/26/24 | $24,600.00 | $49,200.00 |
| 527 Conner | 04/26/24 | $10,400.00 | $20,800.00 |
| 9346 Auburn | 04/26/24 | $15,100.00 | $30,200.00 |
| 12951 Heyden | 04/12/24 | $18,500.00 | $37,000.00 |
| 15739 Marlowe | 04/12/24 | $4,500.00 | $9,000.00 |

| | | | |
|---|---|---|---|
| 18328 Evergreen | 04/12/24 | $20,600.00 | $41,200.00 |
| 3251 Fullerton | 04/12/24 | $29,000.00 | $58,000.00 |
| 12631 Littlefield | 04/12/24 | $26,300.00 | $52,600.00 |
| 13723 Castleton | 04/12/24 | $25,000.00 | $50,000.00 |
| 14294 Roselawn | 04/12/24 | $7,900.00 | $15,800.00 |
| 1481 Fischer | 04/12/24 | $700.00 | $1,400.00 |
| 16536 Lenore | 04/12/24 | $24,800.00 | $49,600.00 |
| 18461 Grandville | 04/12/24 | $38,000.00 | $76,000.00 |
| 19963 Avon | 04/12/24 | $23,800.00 | $47,600.00 |
| 20204 Southfield | 04/12/24 | $21,300.00 | $42,600.00 |
| 2427 W Euclid | 04/12/24 | $14,000.00 | $28,000.00 |
| 2982 Field | 04/12/24 | $50,200.00 | $100,400.00 |
| 3265 Tuxedo | 04/12/24 | $29,700.00 | $59,400.00 |
| 8275 Warwick | 04/12/24 | $16,100.00 | $32,200.00 |
| 8917 Quincy | 04/12/24 | $25,400.00 | $50,800.00 |
| 13143 Longview | 03/22/24 | $20,400.00 | $40,800.00 |
| 4625 Montclair | 03/22/24 | $21,800.00 | $43,600.00 |
| 5053 Vancouver | 03/22/24 | $7,100.00 | $14,200.00 |
| 14595 Fielding | 03/15/24 | $6,400.00 | $12,800.00 |
| 14841 Winthrop | 03/15/24 | $50,000.00 | $100,000.00 |
| 15433 Ardmore | 03/15/24 | $33,600.00 | $67,200.00 |
| 15474 Robson | 03/15/24 | $25,000.00 | $50,000.00 |
| 15764 Grayfield | 03/15/24 | $27,900.00 | $55,800.00 |
| 17300 Fenton | 03/15/24 | $35,000.00 | $70,000.00 |
| 19353 Trinity | 03/15/24 | $30,100.00 | $60,200.00 |
| 1985 Calvert | 03/15/24 | $31,400.00 | $62,800.00 |
| 2235 Fullerton | 03/15/24 | $2,200.00 | $4,400.00 |
| 23530 Margareta | 03/15/24 | $26,000.00 | $52,000.00 |
| 2465 W Euclid | 03/15/24 | $57,100.00 | $114,200.00 |
| 2980 Garland | 03/15/24 | $16,000.00 | $32,000.00 |
| 4792 Seminole | 03/15/24 | $3,400.00 | $6,800.00 |
| 6410 St Marys | 03/15/24 | $29,100.00 | $58,200.00 |

| 8099 Artesian | 03/15/24 | $13,600.00 | $27,200.00 |
|---|---|---|---|
| 15831 Linwood | 03/08/24 | $4,100.00 | $8,200.00 |
| 15891 Holmur | 03/08/24 | $10,800.00 | $21,600.00 |
| 15931 Prairie | 03/08/24 | $23,700.00 | $47,400.00 |
| 1689 Clements | 03/08/24 | $16,700.00 | $33,400.00 |
| 17573 Asbury Park | 03/08/24 | $16,700.00 | $33,400.00 |
| 18645 Forrer | 03/08/24 | $34,000.00 | $68,000.00 |
| 4474 Lillibridge | 03/08/24 | $13,700.00 | $27,400.00 |
| 4990 W Outer Dr | 03/08/24 | $21,300.00 | $42,600.00 |
| 5250 Bewick | 03/08/24 | $11,600.00 | $23,200.00 |
| 7532 Pembroke | 03/08/24 | $21,100.00 | $42,200.00 |
| 9133 Everts | 03/08/24 | $22,700.00 | $45,400.00 |
| 12050 Manor | 03/01/24 | $16,600.00 | $33,200.00 |
| 13935 Greydale | 03/01/24 | $2,400.00 | $4,800.00 |
| 15895 Iliad | 03/01/24 | $3,700.00 | $7,400.00 |
| 16566 Stoepel | 03/01/24 | $41,300.00 | $82,600.00 |
| 17202 Waltham | 03/01/24 | $200.00 | $400.00 |
| 5931 Townsend | 03/01/24 | $32,500.00 | $65,000.00 |
| 9017 N Martindale | 03/01/24 | $900.00 | $1,800.00 |
| 10083 Greensboro | 02/23/24 | $35,300.00 | $70,600.00 |
| 3682 Beaconsfield | 02/23/24 | $44,800.00 | $89,600.00 |
| 3788 Harding | 02/23/24 | $11,000.00 | $22,000.00 |
| 3807 Cadillac | 02/23/24 | $600.00 | $1,200.00 |
| 19148 Stotter | 02/07/24 | $6,500.00 | $13,000.00 |
| 19193 Cliff | 02/07/24 | $24,000.00 | $48,000.00 |
| 13638 Saratoga | 02/07/24 | $16,300.00 | $32,600.00 |
| 13701 Lappin | 02/07/24 | $500.00 | $1,000.00 |
| 18031 Sunset | 02/07/24 | $15,800.00 | $31,600.00 |
| 18493 Bloom | 02/07/24 | $13,200.00 | $26,400.00 |
| 19178 Carrie | 02/07/24 | $25,700.00 | $51,400.00 |
| 19178 Cliff | 02/07/24 | $17,900.00 | $35,800.00 |
| 19222 Mapleview | 02/07/24 | $26,800.00 | $53,600.00 |

| | | | |
|---|---|---|---|
| 19265 Riopelle | 02/07/24 | $19,900.00 | $39,800.00 |
| 4200 Burlingame | 02/07/24 | $400.00 | $800.00 |
| 8723 Rohns | 02/07/24 | $11,300.00 | $22,600.00 |
| 8751 Bessemore | 02/07/24 | $6,400.00 | $12,800.00 |
| 3798 Harding | 01/23/24 | $20,100.00 | $40,200.00 |
| 11136 Rossiter | 01/23/24 | $27,700.00 | $55,400.00 |
| 1547 Montclair | 01/23/24 | $4,100.00 | $8,200.00 |
| 16157 West Parkway | 01/23/24 | $21,000.00 | $42,000.00 |
| 17338 Northlawn | 01/23/24 | $600.00 | $1,200.00 |
| 22190 Kessler | 01/23/24 | $1,500.00 | $3,000.00 |
| 4357 Balfour | 01/23/24 | $19,800.00 | $39,600.00 |
| 4428 Harding | 01/23/24 | $10,600.00 | $21,200.00 |
| 5329 Seneca | 01/23/24 | $18,700.00 | $37,400.00 |
| 19932 Asbury Park | 01/09/24 | $25,600.00 | $51,200.00 |
| 4350 Buckingham | 01/09/24 | $32,500.00 | $65,000.00 |
| 5544 University Pl | 01/09/24 | $23,300.00 | $46,600.00 |
| 11626 Longacre | 12/19/23 | $9,880.00 | $19,760.00 |
| 17801 Mcdougall | 12/19/23 | $10,165.00 | $20,330.00 |
| 18050 Goddard | 12/19/23 | $10,900.00 | $21,800.00 |
| 20076 Joann | 12/19/23 | $13,900.00 | $27,800.00 |
| 10157 Morley | 12/19/23 | $16,800.00 | $33,600.00 |
| 10428 Violetlawn | 12/19/23 | $14,300.00 | $28,600.00 |
| 11751 Wyoming | 12/19/23 | $7,030.00 | $14,060.00 |
| 12709 Indiana | 12/19/23 | $6,400.00 | $12,800.00 |
| 13151 Wyoming | 12/19/23 | $7,505.00 | $15,010.00 |
| 13303 Longview | 12/19/23 | $9,785.00 | $19,570.00 |
| 13497 Justine | 12/19/23 | $8,740.00 | $17,480.00 |
| 13570 Kentucky | 12/19/23 | $12,800.00 | $25,600.00 |
| 14310 Strathmoor | 12/19/23 | $17,500.00 | $35,000.00 |
| 14901 Coram | 12/19/23 | $9,975.00 | $19,950.00 |
| 14914 Prevost | 12/19/23 | $17,400.00 | $34,800.00 |
| 15061 Hazelridge | 12/19/23 | $12,100.00 | $24,200.00 |

| | | | |
|---|---|---|---|
| 17228 Heyden | 12/19/23 | $19,200.00 | $38,400.00 |
| 17344 Appoline | 12/19/23 | $50,100.00 | $100,200.00 |
| 18419 Monte Vista | 12/19/23 | $37,800.00 | $75,600.00 |
| 18509 Westphalia | 12/19/23 | $2,500.00 | $5,000.00 |
| 19193 Blake | 12/19/23 | $5,100.00 | $10,200.00 |
| 19511 Fairport | 12/19/23 | $16,200.00 | $32,400.00 |
| 19725 Westphalia | 12/19/23 | $31,800.00 | $63,600.00 |
| 19966 Mendota | 12/19/23 | $18,600.00 | $37,200.00 |
| 19990 Greenfield | 12/19/23 | $16,000.00 | $32,000.00 |
| 20009 Ohio | 12/19/23 | $19,100.00 | $38,200.00 |
| 20510 Santa Barbara | 12/19/23 | $19,400.00 | $38,800.00 |
| 21663 Bennett | 12/19/23 | $27,000.00 | $54,000.00 |
| 2717 Clements | 12/19/23 | $14,600.00 | $29,200.00 |
| 4178 Lenox | 12/19/23 | $10,450.00 | $20,900.00 |
| 4320 Devonshire | 12/19/23 | $24,900.00 | $49,800.00 |
| 4336 Gray | 12/19/23 | $9,595.00 | $19,190.00 |
| 4393 Gray | 12/19/23 | $18,000.00 | $36,000.00 |
| 4673 Dickerson | 12/19/23 | $1,600.00 | $3,200.00 |
| 5245 Seebaldt | 12/19/23 | $7,790.00 | $15,580.00 |
| 5393 Iroquois | 12/19/23 | $12,300.00 | $24,600.00 |
| 5759 Sheridan | 12/19/23 | $37,500.00 | $75,000.00 |
| 5802 Maryland | 12/19/23 | $13,400.00 | $26,800.00 |
| 769 Marlborough | 12/19/23 | $42,500.00 | $85,000.00 |
| 8594 Robson | 12/19/23 | $19,300.00 | $38,600.00 |
| 8860 Pinehurst | 12/19/23 | $4,500.00 | $9,000.00 |
| 9344 Forrer | 12/05/23 | $8,700.00 | $17,400.00 |
| 11374 Ward | 12/05/23 | $500.00 | $1,000.00 |
| 11396 Cheyenne | 12/05/23 | $7,315.00 | $14,630.00 |
| 12605 Camden | 12/05/23 | $15,000.00 | $30,000.00 |
| 15064 Park Grove | 12/05/23 | $7,885.00 | $15,770.00 |
| 1623 Cadillac | 12/05/23 | $45,900.00 | $91,800.00 |
| 19009 Bentler | 12/05/23 | $26,800.00 | $53,600.00 |

| | | | |
|---|---|---|---|
| 2996 Harding | 12/05/23 | $5,200.00 | $10,400.00 |
| 4420 St Clair | 12/05/23 | $500.00 | $1,000.00 |
| 5929 Dubois | 12/05/23 | $200.00 | $400.00 |
| 9338 Elsa | 12/05/23 | $13,900.00 | $27,800.00 |
| 9357 Richter | 12/05/23 | $8,645.00 | $17,290.00 |
| 9364 Elsa | 12/05/23 | $7,410.00 | $14,820.00 |
| 9540 Evergreen | 12/05/23 | $21,200.00 | $42,400.00 |
| 10468 Lakepointe | 11/21/23 | $17,800.00 | $35,600.00 |
| 10570 Somerset | 11/21/23 | $25,300.00 | $50,600.00 |
| 13159 Meyers | 11/21/23 | $9,025.00 | $18,050.00 |
| 13654 Stoepel | 11/21/23 | $19,300.00 | $38,600.00 |
| 14911 Houston-Whittier | 11/21/23 | $7,505.00 | $15,010.00 |
| 16125 Westbrook | 11/21/23 | $28,600.00 | $57,200.00 |
| 18425 Morang | 11/21/23 | $400.00 | $800.00 |
| 18431 Kelly Rd | 11/21/23 | $15,100.00 | $30,200.00 |
| 2581 Canton | 11/21/23 | $19,300.00 | $38,600.00 |
| 4726 Hurlbut | 11/21/23 | $7,695.00 | $15,390.00 |
| 5108 Neff | 11/21/23 | $22,200.00 | $44,400.00 |
| 9107 Auburn | 11/21/23 | $20,500.00 | $41,000.00 |
| 9360 SCHILLER | 11/21/23 | $1,800.00 | $3,600.00 |
| 19444 Packard | 11/07/23 | $20,500.00 | $41,000.00 |
| 20015 Westphalia | 11/07/23 | $15,200.00 | $30,400.00 |
| 6242 Frontenac | 11/07/23 | $13,900.00 | $27,800.00 |
| 14314 Sussex | 11/07/23 | $19,200.00 | $38,400.00 |
| 17309 Hamburg | 11/07/23 | $12,100.00 | $24,200.00 |
| 18531 Shiawassee | 11/07/23 | $24,900.00 | $49,800.00 |
| 19628 Albion | 11/07/23 | $15,800.00 | $31,600.00 |
| 19646 Bloom | 11/07/23 | $6,000.00 | $12,000.00 |
| 19711 Dean | 11/07/23 | $14,300.00 | $28,600.00 |
| 20250 Fairport | 11/07/23 | $20,600.00 | $41,200.00 |
| 2216 Fischer | 11/07/23 | $21,100.00 | $42,200.00 |
| 3138 Canton | 11/07/23 | $41,400.00 | $82,800.00 |

| | | | |
|---|---|---|---|
| 419 Custer | 11/07/23 | $23,100.00 | $46,200.00 |
| 6574 Stanford | 11/07/23 | $6,200.00 | $12,400.00 |
| 6682 Burns | 11/07/23 | $300.00 | $600.00 |
| 7360 Georgia | 11/07/23 | $16,600.00 | $33,200.00 |
| 8342 Maxwell | 11/07/23 | $24,400.00 | $48,800.00 |
| 4160 Crane | 10/25/23 | $14,700.00 | $29,400.00 |
| 14203 Marlowe | 10/25/23 | $24,600.00 | $49,200.00 |
| 3709 Haverhill | 10/25/23 | $27,100.00 | $54,200.00 |
| 4656 Seebaldt | 10/25/23 | $6,840.00 | $13,680.00 |
| 5774 Vermont | 10/25/23 | $8,930.00 | $17,860.00 |
| 5793 COPLIN | 10/25/23 | $13,800.00 | $27,600.00 |
| 8830 Stoepel | 10/25/23 | $9,120.00 | $18,240.00 |
| 11691 Littlefield | 10/12/23 | $18,000.00 | $36,000.00 |
| 11730 Appoline | 10/12/23 | $11,115.00 | $22,230.00 |
| 11738 Mansfield | 10/12/23 | $17,300.00 | $34,600.00 |
| 17159 Anglin | 10/12/23 | $9,025.00 | $18,050.00 |
| 3004 Electric | 10/12/23 | $7,315.00 | $14,630.00 |
| 5091 Pacific | 10/12/23 | $8,360.00 | $16,720.00 |
| 9079 Westwood | 10/12/23 | $11,305.00 | $22,610.00 |
| 9910 Robson | 10/12/23 | $25,700.00 | $51,400.00 |
| 16191 Ohio | 09/28/23 | $46,600.00 | $93,200.00 |
| 8102 Ruedisale Ct | 09/28/23 | $14,100.00 | $28,200.00 |
| 9381 Marietta | 09/28/23 | $14,800.00 | $29,600.00 |
| 1257 Longfellow | 09/13/23 | $116,400.00 | $232,800.00 |
| 2629 Theodore | 09/13/23 | $10,355.00 | $20,710.00 |
| 2754 Hooker | 09/13/23 | $5,300.00 | $10,600.00 |
| 284 E Philadelphia | 09/13/23 | $76,600.00 | $153,200.00 |
| 3217 Fullerton | 09/13/23 | $500.00 | $1,000.00 |
| 3225 Fullerton | 09/13/23 | $24,400.00 | $48,800.00 |
| 10015 Dalrymple | 08/24/23 | $11,305.00 | $22,610.00 |
| 12072 N Martindale | 08/24/23 | $13,200.00 | $26,400.00 |
| 14361 Terry | 08/24/23 | $15,700.00 | $31,400.00 |

| | | | |
|---|---|---|---|
| 258 Woodland | 08/24/23 | $23,100.00 | $46,200.00 |
| 2650 Lawrence | 08/24/23 | $15,500.00 | $31,000.00 |
| 4310 Cortland | 08/24/23 | $5,800.00 | $11,600.00 |
| 8164 Whitcomb | 08/24/23 | $10,165.00 | $20,330.00 |
| 8308 Northlawn | 08/24/23 | $27,800.00 | $55,600.00 |
| 9695 YELLOWSTONE | 08/24/23 | $6,600.00 | $13,200.00 |
| 9928 Belleterre | 08/24/23 | $24,900.00 | $49,800.00 |
| 17366 Woodbine | 08/10/23 | $24,500.00 | $49,000.00 |
| 2625 Marquette | 08/10/23 | $12,900.00 | $25,800.00 |
| 3337 Elmhurst | 08/10/23 | $16,400.00 | $32,800.00 |
| 19981 Regent Dr | 07/27/23 | $23,300.00 | $46,600.00 |
| 3315 Webb | 07/27/23 | $22,500.00 | $45,000.00 |
| 14075 Orleans | 07/27/23 | $2,800.00 | $5,600.00 |
| 15661 Eastburn | 07/27/23 | $20,600.00 | $41,200.00 |
| 17126 Arlington | 07/27/23 | $9,785.00 | $19,570.00 |
| 1955 Hazelwood | 07/27/23 | $32,500.00 | $65,000.00 |
| 2637 Whitney | 07/27/23 | $9,975.00 | $19,950.00 |
| 3210 Webb | 07/27/23 | $37,600.00 | $75,200.00 |
| 3260 Gladstone | 07/27/23 | $14,300.00 | $28,600.00 |
| 4051 Pingree | 07/27/23 | $17,300.00 | $34,600.00 |
| 8797 Kimberly Ct | 07/27/23 | $23,000.00 | $46,000.00 |
| 9631 Abington | 07/27/23 | $18,800.00 | $37,600.00 |
| 1426 Canton | 07/21/23 | $1,700.00 | $3,400.00 |
| 11394 Asbury Park | 07/21/23 | $21,400.00 | $42,800.00 |
| 12150 Flanders | 07/21/23 | $14,600.00 | $29,200.00 |
| 1314 Lakewood | 07/21/23 | $12,600.00 | $25,200.00 |
| 1460 Montclair | 07/21/23 | $3,700.00 | $7,400.00 |
| 16815 Chatham | 07/21/23 | $7,125.00 | $14,250.00 |
| 17149 Waveney | 07/21/23 | $29,600.00 | $59,200.00 |
| 17376 Hartwell | 07/21/23 | $43,600.00 | $87,200.00 |
| 19379 Rutherford | 07/21/23 | $24,900.00 | $49,800.00 |
| 2635 Pingree | 07/21/23 | $15,900.00 | $31,800.00 |

| | | | |
|---|---|---|---|
| 3636 Buckingham | 07/21/23 | $29,200.00 | $58,400.00 |
| 5711 Chalmers | 07/21/23 | $14,600.00 | $29,200.00 |
| 8719 Elmira | 07/21/23 | $24,300.00 | $48,600.00 |
| 89 Burlingame | 07/21/23 | $55,900.00 | $111,800.00 |
| 14946 Lauder | 06/22/23 | $11,115.00 | $22,230.00 |
| 4508 Fischer | 06/22/23 | $13,700.00 | $27,400.00 |
| 8205 Dexter | 06/22/23 | $5,400.00 | $10,800.00 |
| 11379 Longacre | 06/15/23 | $0.00 | $0.00 |
| 2630 W Philadelphia | 06/15/23 | $15,000.00 | $30,000.00 |
| 3250 Gladstone | 06/15/23 | $21,100.00 | $42,200.00 |
| 3326 W Philadelphia | 06/15/23 | $10,640.00 | $21,280.00 |
| 10001 Archdale | 05/25/23 | $13,000.00 | $26,000.00 |
| 14311 Freeland | 05/25/23 | $18,600.00 | $37,200.00 |
| 15251 Maddelein | 05/25/23 | $7,695.00 | $15,390.00 |
| 16074 Manning | 05/25/23 | $17,400.00 | $34,800.00 |
| 16101 Novara | 05/25/23 | $16,000.00 | $32,000.00 |
| 16248 Manning | 05/25/23 | $17,000.00 | $34,000.00 |
| 16411 Tacoma | 05/25/23 | $20,000.00 | $40,000.00 |
| 20127 Schaefer | 05/25/23 | $17,700.00 | $35,400.00 |
| 8079 Central | 05/25/23 | $6,400.00 | $12,800.00 |
| 8191 Central | 05/25/23 | $15,100.00 | $30,200.00 |
| 8217 Wetherby | 05/25/23 | $7,885.00 | $15,770.00 |
| 8484 Artesian | 05/25/23 | $16,100.00 | $32,200.00 |
| 9399 Monica | 05/25/23 | $9,405.00 | $18,810.00 |
| 9534 Mansfield | 05/25/23 | $15,600.00 | $31,200.00 |
| 9556 Longacre | 05/25/23 | $19,900.00 | $39,800.00 |
| 16248 Bringard Dr | 05/11/23 | $28,100.00 | $56,200.00 |
| 15090 Prest | 05/11/23 | $25,900.00 | $51,800.00 |
| 19976 Concord | 05/11/23 | $17,900.00 | $35,800.00 |
| 4564 Woodhall | 05/11/23 | $38,900.00 | $77,800.00 |
| 5034 Lodewyck | 05/11/23 | $24,700.00 | $49,400.00 |
| 5100 Hereford | 05/11/23 | $33,500.00 | $67,000.00 |

| 5730 Radnor | 05/11/23 | $9,120.00 | $18,240.00 |
| --- | --- | --- | --- |
| 19195 Kelly Rd | 04/14/23 | $17,200.00 | $34,400.00 |
| 19951 Biltmore | 04/14/23 | $20,700.00 | $41,400.00 |
| 6194 Woodhall | 03/10/23 | $13,700.00 | $27,400.00 |
| 11401 Somerset | 02/16/23 | $23,800.00 | $47,600.00 |
| 17162 Sioux | 05/10/22 | $21,500.00 | $43,000.00 |
| 20477 Pinehurst | 05/10/22 | $15,400.00 | $30,800.00 |
| 3662 Bedford | 05/10/22 | $29,400.00 | $58,800.00 |
| 3919 Buckingham | 05/10/22 | $27,800.00 | $55,600.00 |
| 3974 Haverhill | 05/10/22 | $23,300.00 | $46,600.00 |
| 3984 Courville | 05/10/22 | $29,400.00 | $58,800.00 |
| 4007 Courville | 05/10/22 | $26,300.00 | $52,600.00 |
| 4120 Bedford | 05/10/22 | $31,500.00 | $63,000.00 |
| 4165 Courville | 05/10/22 | $12,500.00 | $25,000.00 |
| 4189 Devonshire | 05/10/22 | $26,800.00 | $53,600.00 |
| 4321 Balfour | 05/10/22 | $20,200.00 | $40,400.00 |
| 4605 Bedford | 05/10/22 | $17,400.00 | $34,800.00 |
| 4693 Bedford | 05/10/22 | $20,400.00 | $40,800.00 |
| 4701 Courville | 05/10/22 | $16,000.00 | $32,000.00 |
| 4890 Bedford | 05/10/22 | $24,100.00 | $48,200.00 |
| 5045 Cadieux | 05/10/22 | $21,600.00 | $43,200.00 |
| 916 Glynn Ct | 05/10/22 | $9,500.00 | $19,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Total value of real estate taken by DLBA in the past three years, per tax assessments:** | **$14,210,150.00** |