# Exhibit 7:
Excerpt from 2024 Q3 DLBA Quarterly Report

# QUIET TITLE

One of the most impactful statutory tools available to the Detroit Land Bank Authority is its ability to clear and quiet title. Historically, the lack of clear title has plagued property ownership across the City. This problem has been significantly reduced due to the diligent work of the DLBA's Quiet Title team.

The Legal Department files and oversees expedited Quiet Title Actions pursuant to extraordinary legal authority granted to land banks in Michigan under Section 9 of the Land Bank Fast Track Act, MCL 124.759, which allows the DLBA to obtain quiet title more efficiently, quickly, and cost-effectively than private parties or municipalities. The DLBA files quiet title actions on its properties in support of its commitment to sell structures with clear, insurable title. By doing so, the DLBA provides buyers with confidence in their ownership and any investment they make in property purchased from the DLBA. Clear title also fulfills a standard requirement of a lender providing financing secured by a mortgage.

# NUISANCE ABATEMENT
## ABANDONED PROPERTIES

The DLBA established its Nuisance Abatement Program (NAP) in February 2014, after the Detroit City Council delegated to the DLBA non-exclusive authority to commence Nuisance Abatement litigation on February 18, 2014 (Council Action Number 23). The criteria for being designated as a NAP-eligible property include that the property is vacant, blighted, and appears to be abandoned or neglected.

The Nuisance Abatement Program provides a direct benefit to city residents. This program is designed to compel property owners to take responsibility for their property. Overwhelmingly, the DLBA's legal action results in the property owner agreeing to mitigate the blight rather than the DLBA taking ownership.

**Q3 QUIET TITLE**

| 433 | 372 |
|---|---|
| Legal Action Taken | Judgments Granted |

**Q3 NAP ACTIONS**

| 526 | 372 | 69 | 232 | 3 |
|---|---|---|---|---|
| NAP Notices Placed | Legal Action Taken | Default Judgements | Agreements | Drug House Unit Legal Action Taken |

# DRUG HOUSE UNIT

The Drug House Unit (DHU) is a part of the NAP team and represents a joint effort by the Detroit Police Department (DPD) and the DLBA to help stabilize neighborhoods by addressing the use of properties for drug trafficking. The DHU receives weekly emails from DPD reporting properties where officers found drugs and drug paraphernalia during surveillance and raids. Using this information, the DHU determines next steps based on the ownership of the property. If a property is privately-owned, and more than two raids occur within a 12-month period, the DHU may proceed with a lawsuit. If a property is DLBA-owned, the DLBA's Occupied Property Team determines how to address occupancy at the property based on its internal investigation into the nature of the reported activities.

During the third quarter, DPD reported 40 applicable raids to the DHU. Of these, 37 occurred at privately-owned properties. Only privately owned, single-family residences are eligible for DHU action, so warning letters were sent or are in the process of being sent to these property owners. The remaining 3 raids were conducted at DLBA-owned properties and are under investigation by the Occupied Properties Team. 3 Nuisance Abatement lawsuits were filed for illegal narcotic activity during the third quarter.

## BEFORE AND AFTER
### RENOVATED AS A RESULT OF A NAP AGREEMENT





