# Exhibit 9:
# Photos of 1421 Webb filed in NAP Case No. 18-005966-CH

## 1421 WEBB – APRIL 2018



