# Exhibit 10:
# Photos of 8881 Aurora filed in NAP Case No. 23-013558-CH

# 8881 Aurora-October 4, 2023



# VISUAL INSPECTION AFFIDAVIT

PROPERTY ADDRESS: 8881 Aurora         DISTRICT: 7
DATE OF VISUAL INSPECTION: _____

## YARD/LAWN/CURTILAGE
*Required Detroit Code Ordinance §8-15-113(1-4)*

**Trees/Shrubs/Grass/Weeds**
- ☐ Overgrowth >8in.
- ☐ On Sidewalk
- ☒ Dead/Broken (shrubs/trees)

**Walkway/Driveway/Exterior Lot**
- ☐ Failure to maintain yard
- ☐ Failure to clear snow
- ☐ Solid Waste/Debris/Garbage present
- ☐ Abandoned car on property
- ☐ Flyers/Mail/Newspaper accumulation

## STRUCTURE/FOUNDATION/EXTERIOR
*Required Detroit Code Ordinance §8-15-113(5-12)*

- ☐ Basement/Foundation open to water/animals
- ☐ Holes/Breaks in board allowing for water/animal entry
- ☐ Loose/Rotting Board allowing for water/animal entry
- ☒ Peeling Paint
- ☐ No Exterior Lighting
- ☐ Open to Trespass
- ☐ Not Maintained
- ☒ Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
- ☐ Occupied
- ☒ Vacant

## HEALTH/SAFETY/WELFARE
*Required Detroit Code Ordinance 290-H §8-17-21(1-10)*

- ☐ Any portion of the building/structure is damaged by
  - ☐ fire ☐ wind ☐ flood affecting the stability
- ☐ Any portion of the building is likely to fall or become detached or dislodged:
  - ☐ Balcony is collapsing
  - ☐ Façade is detaching from structure
  - ☐ Other _____
- ☐ Any portion on the building is likely to collapse:
  - ☐ Walls are buckling, leaning, tilting

- ☐ Dog in yard
- ☐ Gate locked
- ☐ Power on

Comments: _____

## AFFIDAVIT

I, Herb Alexander, state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structur showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determini: whether to initiate nuisance abatement proceedings against such properties. If called as a witness, I am competent testify to the facts stated throughout this document.

Affiant Further Sayeth Naught

_____  10/4/23 , 2023, by Herb Alexander
Signature         Date                Printed Name

State of Michigan )
County of Wayne  )

This Affidavit was acknowledged before me on 10/4/23, 2023, by Herb Alexander, Affiant.

SIGNATURE OF NOTARY: Lakeia McGee

LAKEIA C. MCGEE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES ___