# Exhibit 11:
# 14576 Ashbury Park photos and visual inspection affidavit filed in NAP Case No. 19-011543-CH

14576 Asbury Park – June 23, 2019





14576 Asbury Park – June 23, 2019





## VISUAL INSPECTION AFFIDAVIT

**PROPERTY ADDRESS:** 14576 Asbury Park
**DATE OF VISUAL INSPECTION:** 6-23-19
**DISTRICT:** 1

### YARD/LAWN/CURTILAGE
*Required Detroit Code Ordinance §9-1-113(1-4)*

**Trees/Shrubs/Grass/Weeds**
- [ ] Overgrowth >8in.
- [ ] On Sidewalk
- [ ] Dead/Broken (shrubs/trees)

**Walkway/Driveway/Exterior Lot**
- [ ] Failure to maintain yard
- [ ] Failure to clear snow
- [ ] Solid Waste/Debris/Garbage present
- [ ] Abandoned car on property
- [ ] Flyers/Mail/Newspaper accumulation

### STRUCTURE/FOUNDATION/EXTERIOR
*Required Detroit Code Ordinance §9-1-113(5-12)*

- [ ] Basement/Foundation open to water/animals
- [ ] Holes/Breaks in board allowing for water/animal entry
- [ ] Loose/Rotting Board allowing for water/animal entry
- [ ] Peeling Paint
- [ ] No Exterior Lighting
- [ ] Open to Trespass
- [ ] Not Maintained
- [ ] Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
- [ ] Occupied
- [x] Vacant

### HEALTH/SAFETY/WELFARE
*Required Detroit Code Ordinance 290-H §12-11-28.0(1-9)*

- [ ] Any portion of the building/structure is damaged by
    - [ ] fire [ ] wind [ ] flood affecting the stability
- [ ] Any portion of the building is likely to fall or become detached or dislodged:
    - [ ] Balcony is collapsing
    - [ ] Façade is detaching from structure
    - [ ] Other_____
- [ ] Any portion on the building is likely to collapse:
    - [ ] Walls are buckling, leaning, tilting

- [ ] Dog in yard
- [ ] Gate locked
- [ ] Power on

**Comments:** Steel on Doors and windows(?)

### AFFIDAVIT

I, Herb Alexander, state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. I assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structures showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determining whether to initiate nuisance abatement proceedings against such properties. If called as a witness, I am competent to testify to the facts stated throughout this document.

Affiant Further Sayeth Naught

Signature: _[signed]_  Date: 6-27, 2019, by Herb Alexander (Printed Name)

State of Michigan )
County of Wayne )

This Affidavit was acknowledged before me on June 27, 2019, by Herb Alexander, Affiant.

SIGNATURE OF NOTARY: _[signed]_
PRINTED NAME OF NOTARY: Tiffany Koths
My commission expires: 2-20-2023
Notary Public, State of Michigan
State of Michigan, County of Wayne

TIFFANY KOTHS
Notary Public - State of Michigan
County of Wayne
My Commission Expires Feb 20, 2023
Acting in the County of Wayne