# Exhibit 12:
# Google Street View image of 3964 Yorkshire Rd., May 2019



