# Exhibit 13:
# 3964 Yorkshire photos and visual inspection affidavit filed in NAP Case No. 19-003486-CH

3964 YORKSHIRE 1/22/19





3964 YORKSHIRE 1/22/19





# VISUAL INSPECTION AFFIDAVIT

**PROPERTY ADDRESS:** 3964 Yorkshire  **DISTRICT:** 4
**DATE OF VISUAL INSPECTION:** 1-22-19

## YARD/LAWN/CURT[...]
*Required Detroit Code Ordinance [...]*

**Trees/Shrubs/Grass/Weeds**
- [ ] Overgrowth >8in.
- [ ] On Sidewalk
- [ ] Dead/Broken (shrubs/trees)

**Walkway/Driveway/Exterior Lot**
- [ ] Failure to maintain yard
- [x] Failure to clear snow
- [ ] Solid Waste/Debris/Garbage present
- [ ] Abandoned car on property
- [ ] Flyers/Mail/Newspaper accumulation

## STRUCTURE/FOUNDATION/EXTERIOR
*Required Detroit Code Ordinance §9-1-113(5-12)*

- [ ] Basement/foundation open to water/animals
- [ ] Holes/Breaks in board allowing for water/animal entry
- [ ] Loose/Rotting Board allowing for water/animal entry
- [ ] Peeling Paint
- [ ] No Exterior Lighting
- [ ] Open to Trespass
- [ ] Not Maintained
- [ ] Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
- [ ] Occupied
- [x] Vacant

## HEALTH/SAFETY/WELFARE
*Required Detroit Code Ordinance 290-H §12-11-28.0(1-9)*

- [ ] Any portion of the building/structure is damaged by
  - [ ] fire [ ] wind [ ] flood affecting the stability
- [ ] Any portion of the building is likely to fall or become detached or dislodged:
  - [ ] Balcony is collapsing
  - [ ] Façade is detaching from [...]
  - [ ] Other _____
- [ ] Any portion on the building is likely to collapse:
  - [ ] Walls are buckling, leaning, tilting

- [ ] Dog in yard
- [ ] Gate locked
- [ ] Power on

**Comments:** _____

## AFFIDAVIT

I, **Herb Alexander**, state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. I assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structures showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determining whether to initiate nuisance abatement proceedings against such properties. If called as a witness, I am competent to testify to the facts stated throughout this document.

Affiant Further Sayeth Naught,

_[signature]_  **1-22**, 2019, by **Herb Alexander**
Signature  Date  Printed Name

State of Michigan )
County of Wayne )

This Affidavit was acknowledged before me on **1-22**, 2019, **Herb Alexander**, Affiant.

_[signature]_
SIGNATURE OF NOTARY

PRINTED NAME OF NOTARY
My commission expires: _____
Notary Public, State of Michigan
State of Michigan, County of _____

TANYA J. LAMAR-MCDONALD
Notary Public, State of Michigan
County of Wayne
My Commission Expires 08-18-2021
Acting in the County of Wayne