# Exhibit 14:
# Photo of 2215 Edison filed with DLBA's complaint in NAP Case No. 14-007685-CH



Address: 2215 Edison, 48206