# Exhibit 15:

19312 Rutherford photos and
visual inspection affidavit filed in
NAP Case No. 22-003227-CH

# 19312 Rutherford – January 12, 2022





# 19312 RUTHERFORD - JANUARY 12, 2022





## VISUAL INSPECTION REPORT AND AFFIDAVIT

PROPERTY ADDRESS: _19312 Rutherford_    DISTRICT:_____
DATE OF VISUAL INSPECTION:_____

| YARD/LAWN/CURTILAGE | STRUCTURE/FOUNDATION/EXTERIOR |
|---|---|
| *Required Detroit Code Ordinance §8-15-113(1-4)* | *Required Detroit Code Ordinance §8-15-113(5-12)* |

### YARD/LAWN/CURTILAGE
*Required Detroit Code Ordinance §8-15-113(1-4)*

**Trees/Shrubs/Grass/Weeds**
☐ Overgrowth >8in.
☐ On Sidewalk
☐ Dead/Broken (shrubs/trees)

**Walkway/Driveway/Exterior Lot**
☐ Failure to maintain yard
☐ Failure to clear snow
☐ Solid Waste/Debris/Garbage present
☐ Abandoned car on property
☐ Flyers/Mail/Newspaper accumulation

### STRUCTURE/FOUNDATION/EXTERIOR
*Required Detroit Code Ordinance §8-15-113(5-12)*

☑ Basement/Foundation open to water/animals
☐ Holes/Breaks in board allowing for water/animal entry
☐ Loose/Rotting Board allowing for water/animal entry
☐ Peeling Paint
☐ No Exterior Lighting
☐ Open to Trespass
☐ Not Maintained
☐ Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
☐ Occupied
☑ Vacant

### HEALTH/SAFETY/WELFARE
*Required Detroit Code Ordinance 290-H §8-17-21(1-10)*

☐ Any portion of the building/structure is damaged by
    ☐ fire ☐ wind ☐ flood affecting the stability
☐ Any portion of the building is likely to fall or become detached or dislodged:
    ☐ Balcony is collapsing
    ☐ Façade is detaching from structure
    ☐ Other_____
☐ Any portion on the building is likely to collapse:
    ☐ Walls are buckling, leaning, tilting

☐ Dog in yard
☐ Gate locked
☐ Power on

**Comments:** _Work_ _____
**Please see attached photos**

### AFFIDAVIT

I, _Marcus Bruce_, state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. I assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structures showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determining whether to initiate nuisance abatement proceedings against such properties. Either I or an agent of the company visually inspected the property at the location and on the date listed above. If called as a witness, I am competent to testify to the contents of this document as a business record.

Affiant Further Sayeth Naught,

_Marcus S. Bruce_          _1-12_, 2022, by: _Marcus Bruce_
Signature                    Date                         Printed Name

State of Michigan       )
County of Wayne         )

This Affidavit was acknowledged before me on _Jan 12_, 2022, by _Marcus Bruce_, Affiant.

_Teresa M. Guess_
SIGNATURE OF NOTARY
_Teresa M. Guess_
PRINTED NAME OF NOTARY
My commission expires: _July 7, 2027_
Notary Public, State of Michigan
State of Michigan, County of _____ _Wayne_

TERESA M. GUESS
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jul 7, 2027
ACTING IN COUNTY OF _Wayne_