# Exhibit 16:
# 4310 Cortland photos and visual inspection affidavit filed in NAP Case No. 22-014750-CH

## 4310 Cortland, October 11, 2022






## VISUAL INSPECTION REPORT AND AFFIDAVIT

**PROPERTY ADDRESS:** 3750 Cortland  
**DATE OF VISUAL INSPECTION:** 10/10/2022  
**DISTRICT:** _____

### YARD/LAWN/CURTILAGE
*Required Detroit Code Ordinance §8-15-113(1-4)*

**Trees/Shrubs/Grass/Weeds**
- [ ] Overgrowth >8in.
- [ ] On Sidewalk
- [ ] Dead/Broken (shrubs/trees)

**Walkway/Driveway/Exterior Lot**
- [ ] Failure to maintain yard
- [ ] Failure to clear snow
- [ ] Solid Waste/Debris/Garbage present
- [ ] Abandoned car on property
- [ ] Flyers/Mail/Newspaper accumulation

### STRUCTURE/FOUNDATION/EXTERIOR
*Required Detroit Code Ordinance §8-15-113(5-12)*

- [ ] Basement/Foundation open to water/animals
- [ ] Holes/Breaks in board allowing for water/animal entry
- [ ] Loose/Rotting Board allowing for water/animal entry
- [ ] Peeling Paint
- [ ] No Exterior Lighting
- [ ] Open to Trespass
- [ ] Not Maintained
- [ ] Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
- [ ] Occupied
- [x] Vacant

### HEALTH/SAFETY/WELFARE
*Required Detroit Code Ordinance 290-H §8-17-21(1-10)*

- [ ] Any portion of the building/structure is damaged by
   - [ ] fire  [ ] wind  [ ] flood affecting the stability
- [ ] Any portion of the building is likely to fall or become detached or dislodged:
   - [ ] Balcony is collapsing
   - [ ] Façade is detaching from structure
   - [ ] Other_____
- [ ] Any portion on the building is likely to collapse:
   - [ ] Walls are buckling, leaning, tilting

- [ ] Dog in yard
- [ ] Gate locked
- [ ] Power on

**Comments:** Please see attached photos  Back gate locked

### AFFIDAVIT

I, Herb Alexander state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. I assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structures showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determining whether to initiate nuisance abatement proceedings against such properties. Either I or an agent of the company visually inspected the property at the location and on the date listed above. If called as a witness, I am competent to testify to the contents of this document as a business record.

Affiant Further Sayeth Naught,

_____  Date 10/10/2022, by  Herb Alexander  
Signature                                                Printed Name

State of Michigan  )  
County of Wayne  )

This Affidavit was acknowledged before me on 10/10, 2022, by Herb Alexander, Affiant.

SIGNATURE OF NOTARY: Lakeia McGee  
PRINTED NAME OF NOTARY: Lakeia McGee  
My commission expires: 1/4/2027  
Notary Public, State of Michigan  
State of Michigan, County of Macomb

LAKEIA S. MCGEE  
NOTARY PUBLIC, STATE OF MI  
COUNTY OF MACOMB  
MY COMMISSION EXPIRES Jan 8, 2027  
ACTING IN COUNTY OF Wayne