# Exhibit 17:
# 4896 Opal photos and visual inspection affidavit filed in NAP Case No. 22-011926-CH

## 4896 Opal, April 29, 2022



 

## VISUAL INSPECTION REPORT AND AFFIDAVIT

**PROPERTY ADDRESS:** 4896 OPAl
**DATE OF VISUAL INSPECTION:** 4-29-22
**DISTRICT:** ___

### YARD/LAWN/CURTILAGE
*Required Detroit Code Ordinance §8-15-113(1-4)*

**Trees/Shrubs/Grass/Weeds**
- ☐ Overgrowth >8in.
- ☐ On Sidewalk
- ☐ Dead/Broken (shrubs/trees)

**Walkway/Driveway/Exterior Lot**
- ☐ Failure to maintain yard
- ☐ Failure to clear snow
- ☐ Solid Waste/Debris/Garbage present
- ☐ Abandoned car on property
- ☐ Flyers/Mail/Newspaper accumulation

### STRUCTURE/FOUNDATION/EXTERIOR
*Required Detroit Code Ordinance §8-15-113(5-12)*

- ☐ Basement/Foundation open to water/animals
- ☐ Holes/Breaks in board allowing for water/animal entry
- ☐ Loose/Rotting Board allowing for water/animal entry
- ☐ Peeling Paint
- ☐ No Exterior Lighting
- ☐ Open to Trespass
- ☐ Not Maintained
- ☐ Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
- ☐ Occupied
- ☒ Vacant

### HEALTH/SAFETY/WELFARE
*Required Detroit Code Ordinance 290-H §8-17-21(1-10)*

- ☐ Any portion of the building/structure is damaged by ☐ fire ☐ wind ☐ flood affecting the stability
- ☐ Any portion of the building is likely to fall or become detached or dislodged:
  - ☐ Balcony is collapsing
  - ☐ Façade is detaching from structure
  - ☐ Other _____
- ☐ Any portion on the building is likely to collapse:
  - ☐ Walls are buckling, leaning, tilting

- ☐ Dog in yard
- ☐ Gate locked
- ☐ Power on

**Comments:** Please see attached photos CAN NOT GET bACK SHOT GATE HAVE A LocK

### AFFIDAVIT

I, Herb Alexander, state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. I assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structures showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determining whether to initiate nuisance abatement proceedings against such properties. Either I or an agent of the company visually inspected the property at the location and on the date listed above. If called as a witness, I am competent to testify to the contents of this document as a business record.

Affiant Further Sayeth Naught,

Signature: _[signed]_ Date: 4-29-2022, by Herb Alexander
Printed Name: Herb Alexander

State of Michigan
County of Wayne

This Affidavit was acknowledged before me on 4-29, 2022, by Herb Alexander, Affiant.

SIGNATURE OF NOTARY: _[signed]_ Lakeia McGee
PRINTED NAME OF NOTARY: Lakeia McGee
My commission expires: 1/9/2027
Notary Public, State of Michigan
State of Michigan, County of Macomb

LAKEIA S. MCGEE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 9, 2027
ACTING IN COUNTY OF Wayne