# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WALTER RITTER, et al.

                Plaintiffs,

v.

CITY OF DETROIT, a Michigan Municipal Corporation, and THE DETROIT LAND BANK AUTHORITY, a public body corporate,

                Defendants.

Case No. 25-10307

Hon. Jonathan J.C. Grey
Mag. Judge David R. Grand

---

## STIPULATED ORDER REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT

This matter has come before the Court upon the stipulation of the parties, as evidenced by the signatures of their counsel below. Plaintiffs and defendants stipulate to the following:

1. Defendants shall, as permitted by Federal Rule of Civil Procedure 12, answer, move, or otherwise respond to the complaint on or before April 21, 2025.

2. Plaintiffs and defendants stipulate and agree that the entry into this stipulation by defendants shall not constitute a waiver

of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or (c) any other statutory or common law defenses that may be available to defendants in this action. Defendants expressly reserve their right to raise any such defenses (or any other defense) in response to the current complaint or any amended complaint that may be filed by plaintiffs.

    **SO ORDERED.**

Date: March 6, 2025

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

**Stipulated to and approved by:**

Dated: March 5, 2025

/s/ David H. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
David A. Bergh (P83696)
FINK BRESSACK
*Attorneys for Defendant City of Detroit and the Detroit Land Bank Authority*
500 Griswold Street, Suite 2400
Detroit, Michigan 48226
Tel: (313) 387-3300
dfink@finkbressack.com
nfink@finkbressack.com

Conrad L. Mallett, Jr. (P30806)
CITY OF DETROIT LAW DEPARTMENT
*Attorneys for Defendant City of Detroit*
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
Tel: (313) 224-4550
conrad.mallett@detroitmi.gov

/s/ Ian T. Cross (with permission)
Ian T. Cross (P83367)
Lawrence H. Margolis (P69635)
Michael J. Corcoran (P41254)
MARGOLIS & CROSS
*Attorneys for Plaintiffs*
402 W. Liberty St.
Ann Arbor, MI 48103
Tel: (734) 994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 6, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager