UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER RITTER, et al.

     Plaintiffs,

v.

CITY OF DETROIT, a Michigan Municipal Corporation, and THE DETROIT LAND BANK AUTHORITY, a public body corporate,

     Defendant.

Case No. 2:25-cv-10307

Hon. Jonathan J.C. Grey

Mag. Judge David R. Grand

## **DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT**

The City of Detroit and the Detroit Land Bank Authority (collectively, the "Defendants") by and through their counsel, respectfully request leave to file a brief supporting their Motion to Dismiss Plaintiffs' Complaint under Rule 12(b)(1) and Rule 12(b)(6) in excess of the page limit. In support of this request, Defendants state:

  1.  Plaintiffs filed a 51-page Complaint alleging five counts. Plaintiffs' Complaint also includes approximately 150 pages of exhibits. (ECF No. 1).

  2.  Pursuant to E. D. Mich. LR 7.1(d)(3), a brief supporting a motion may not exceed 25 pages. However, the Rule permits parties to apply *ex parte* to file a longer brief. Moreover, this Court has encouraged parties to request a page limit

1

extension "[w]hen page limits are inadequate for a party's needs …." *Elhady v Bradley*, 438 F. Supp. 3d 797, 821 n. 11 (E.D. Mich. 2020).

3. Defendants request leave to file a brief not to exceed 33 pages in support of its Motion to Dismiss Plaintiffs' Complaint, in order to address the full scope of issues raised by Plaintiffs' Complaint.

4. Defendants have attempted to limit the length of the brief without sacrificing clarity and/or its ability to address the factual and legal issues supporting its Motion. However, due to the number of legal issues needing to be addressed, Defendants, through counsel, have been unable to limit the brief to 25 pages.

5. Additionally, Defendants' brief includes photographs of each of the properties at issue for illustrative purposes. These photographs increase the length of the brief, but do not place additional demands upon the Court's resources.

6. Counsel for Defendants requested concurrence in this motion from counsel for Plaintiffs. Plaintiffs do not oppose Defendants' request.

WHEREFORE, Defendants respectfully requests that this Court permit it to file a Brief not to exceed 33 pages in support of its Motion to Dismiss Plaintiffs' Complaint Under Rule 12(b)(1) and Rule 12(b)(6).

Dated: April 16, 2025          Respectfully submitted,

/s/ David H. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
Philip D.W. Miller (P85277)
David A. Bergh (P83696)
FINK BRESSACK
500 Griswold St., Suite 2400
Detroit, MI 48226
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
pmiller@finkbressack.com
dbergh@finkbressack.com

*Counsel for Defendants City of Detroit and the Detroit Land Bank Authority*

Conrad L. Mallett, Jr. (P30806)
Jason H. Harrison (P62765)
CITY OF DETROIT LAW DEPARTMENT
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
Tel: (313) 224-4550
conrad.mallett@detroitmi.gov
jason.harrison@detroitmi.gov

*Counsel for Defendant City of Detroit*