UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER RITTER, et al.,

    Plaintiffs,

v.

Case No. 25-10307
Hon. Jonathan J.C. Grey
Mag. Judge David R. Grand

CITY OF DETROIT, a Michigan
Municipal Corporation, and THE
DETROIT LAND BANK
AUTHORITY, a public body corporate,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES (ECF No. 10)**

**I.    INTRODUCTION**

On February 1, 2025, Plaintiffs Walter Ritter, Jeanette Gordon, Demarcus Harvey, Eli Harvey, Morgan Tate & Brewer LLC, Sheila Todd, Clarence Day, Darin McLesky, and Christopher Feala (collectively, "plaintiffs") filed suit against the City of Detroit and the Detroit Land Bank Authority (collectively, "defendants"). (ECF No. 1.) Plaintiffs allege violations of the United States Constitution and the Michigan Constitution as well as unjust enrichment. (*Id.*) Defendants

now move for leave to file excess pages in support of their motion to dismiss. (ECF No. 10.) The Court **GRANTS** the motion.

## II. LEGAL STANDARD

Under Local Rule 7.1(d)(3), "[t]he text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages." E. D. Mich. LR 7.1(d)(3). However, a party "seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons." *Id.* (emphasis in original).

## III. ANALYSIS

Here, defendants have submitted a motion for leave that justifies exceeding the 25-page limit in their brief. Defendants claim that they need eight additional pages to address all of the factual and legal issues supporting the motion without sacrificing clarity. (ECF No. 10, PageID.208.) They also argue that their brief includes a number of photographs of each of the properties at issue for illustrative purposes which increases the length of the brief. Defendants' justifications for exceeding the page limit are compelling, and the motion is unopposed. (*Id.*) Therefore, defendants' motion to dismiss may exceed the 25-page limit.

## IV. CONCLUSION

Accordingly, defendants' motion for leave to file excess pages (ECF No. 10) is **GRANTED**.

**SO ORDERED**.

Dated: April 18, 2025

<u>**s/ Jonathan J.C. Grey**</u>
Hon. Jonathan J.C. Grey
United States District Judge

## **<u>Certificate of Service</u>**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2025.

**<u>s/ S. Osorio</u>**
Sandra Osorio
Case Manager
