# Exhibit 1:
# Table of properties taken via NAP and resold

## Table of properties taken by DLBA via NAP
## and resold to private buyers

| Property Street Address | Date Taken by DLBA | Date Sold by DLBA | Sale Price |
|---|---|---|---|
| 20239 Stoepel | 09/16/19 | 2025/05/07 | $10,100.00 |
| 12887 Corbin | 12/18/15 | 2025/03/25 | $17,700.00 |
| 11915 W Outer Drive | 06/26/15 | 2025/03/05 | $11,000.00 |
| 18944 Murray Hill | 03/11/16 | 2025/03/04 | $37,550.00 |
| 8189 Bliss | 12/05/14 | 2024/09/30 | $16,500.00 |
| 16130 Prevost | 01/08/19 | 2024/09/11 | $18,500.00 |
| 67 Englewood | 04/30/21 | 2024/08/23 | $18,000.00 |
| 7369 Poe | 03/13/15 | 2024/08/22 | $53,600.00 |
| 961 E Savannah | 07/17/15 | 2024/08/15 | $2,100.00 |
| 1060 Meldrum | 03/17/22 | 2024/08/14 | $1,400.00 |
| 2633 Monterey | 03/08/22 | 2024/08/12 | $8,500.00 |
| 14805 E State Fair | 09/04/19 | 2024/07/16 | $10,500.00 |
| 2244 Highland | 08/02/16 | 2024/06/28 | $1,600.00 |
| 15645 Rossini Drive | 07/31/15 | 2024/03/26 | $1,900.00 |
| 20196 Monica | 01/17/20 | 2024/02/02 | $15,100.00 |
| 14152 Grandville | 01/24/20 | 2024/01/25 | $4,300.00 |
| 1846 E Grand Blvd | 10/01/15 | 2024/01/24 | $23,600.00 |
| 18007 Shields | 03/02/18 | 2023/10/03 | $7,000.00 |
| 4052 Tyler | 12/16/19 | 2023/09/26 | $65,600.00 |
| 14911 Bringard Dr | 02/27/15 | 2023/09/07 | $25,000.00 |
| 6546 Grandville | 12/11/15 | 2023/09/07 | $45,600.00 |
| 1265 Liebold | 12/14/18 | 2023/08/15 | $9,500.00 |
| 1231 Rademacher | 01/15/16 | 2023/07/28 | $20,000.00 |
| 1575 W Grand Blvd | 06/05/15 | 2023/07/25 | $3,100.00 |
| 9265 Boleyn | 05/06/19 | 2023/07/25 | $13,050.00 |
| 3964 W Lafayette | 09/18/20 | 2023/07/05 | $20,000.00 |
| 13320 Broadstreet | 07/31/15 | 2023/06/06 | $4,000.00 |

| | | | |
|---|---|---|---|
| 6515 Stahelin | 07/24/15 | 2023/06/05 | $13,100.00 |
| 14201 Forrer | 07/24/15 | 2023/05/16 | $18,000.00 |
| 8267 Wisconsin | 12/15/17 | 2023/02/07 | $16,000.00 |
| 6094 Evergreen | 06/05/19 | 2023/01/31 | $25,100.00 |
| 1148 Virginia Park | 08/22/14 | 2022/12/27 | $1,000.00 |
| 1170 Virginia Park | 10/16/14 | 2022/12/27 | $1,000.00 |
| 1534 W Euclid | 10/16/14 | 2022/12/27 | $1,000.00 |
| 1542 W Euclid | 10/16/14 | 2022/12/27 | $1,000.00 |
| 1545 W Euclid | 10/17/14 | 2022/12/27 | $1,000.00 |
| 1429 W Euclid | 12/19/14 | 2022/12/27 | $1,000.00 |
| 1504 W Euclid | 01/30/15 | 2022/12/27 | $1,000.00 |
| 1175 W Euclid | 04/01/15 | 2022/12/27 | $1,000.00 |
| 1247 W Euclid | 04/01/15 | 2022/12/27 | $1,000.00 |
| 2422 Norman | 05/27/15 | 2022/12/07 | $14,000.00 |
| 11741 Findlay | 11/09/18 | 2022/11/15 | $11,000.00 |
| 2679 E Canfield | 04/07/17 | 2022/10/06 | $1,000.00 |
| 20117 Stoepel | 11/02/18 | 2022/06/28 | $12,000.00 |
| 277 Belmont | 10/28/19 | 2022/06/28 | $27,000.00 |
| 20283 Bradford | 07/20/15 | 2022/05/11 | $20,000.00 |
| 4885 Kensington | 01/08/19 | 2022/05/09 | $25,000.00 |
| 10155 Britain | 12/04/19 | 2022/04/27 | $4,800.00 |
| 3418 John R | 03/05/21 | 2022/04/21 | $158,300.00 |
| 3422 John R | 03/05/21 | 2022/04/21 | $158,300.00 |
| 3426 John R | 03/05/21 | 2022/04/21 | $158,300.00 |
| 1261 Military | 12/16/19 | 2022/03/29 | $21,300.00 |
| 15750 Ferguson | 07/15/19 | 2022/03/22 | $1,500.00 |
| 18466 Revere | 05/27/15 | 2022/03/08 | $3,500.00 |
| 4241 Waverly | 08/09/19 | 2022/02/22 | $3,000.00 |
| 16128 Holmur | 06/05/15 | 2022/02/14 | $500.00 |
| 16130 Holmur | 06/05/15 | 2022/02/14 | $500.00 |
| 16155 Holmur | 12/21/15 | 2022/02/14 | $1,908.00 |
| 16542 Lindsay | 11/20/17 | 2022/02/01 | $43,300.00 |
| 10510 Curtis | 08/16/19 | 2022/01/19 | $1,000.00 |
| 16281 E State Fair | 09/04/19 | 2021/4/2 | $1,500.00 |

| | | | |
|---|---|---|---|
| 10616 Marne | 12/17/18 | 2021/12/21 | $1,000.00 |
| 1493 Lee Pl | 12/05/14 | 2021/11/30 | $1,000.00 |
| 1541 Lee Pl | 01/23/15 | 2021/11/30 | $1,000.00 |
| 1555 W Philadelphia | 08/07/15 | 2021/11/30 | $1,000.00 |
| 5098 Casmere | 02/20/15 | 2021/11/16 | $34,100.00 |
| 6703 Grandville | 05/06/19 | 2021/11/02 | $17,400.00 |
| 9151 Courville | 08/14/15 | 2021/10/12 | $2,600.00 |
| 1421 Webb | 12/14/18 | 2021/1/19 | $12,000.00 |
| 14981 E State Fair | 07/31/15 | 2021/09/14 | $6,500.00 |
| 14818 Fairmount Dr | 06/29/18 | 2021/08/31 | $8,500.00 |
| 17209 Murray Hill | 05/08/17 | 2021/08/17 | $15,000.00 |
| 15644 Eastburn | 12/17/18 | 2021/08/17 | $1,000.00 |
| 10422 W Outer Drive | 11/29/18 | 2021/08/03 | $12,880.00 |
| 15800 Biltmore | 01/08/19 | 2021/08/03 | $2,000.00 |
| 18001 Washburn | 12/07/18 | 2021/07/27 | $48,000.00 |
| 14905 Rossini Drive | 05/21/19 | 2021/07/27 | $25,000.00 |
| 7509 Chrysler | 10/04/18 | 2021/07/13 | $3,700.00 |
| 839 Distel | 03/08/19 | 2021/07/13 | $10,100.00 |
| 16284 Fairmount Dr | 01/08/19 | 2021/07/06 | $35,100.00 |
| 1828 E Grand Blvd | 07/17/15 | 2021/06/29 | $8,000.00 |
| 9191 Cameron | 12/14/18 | 2021/06/15 | $3,600.00 |
| 18687 Greenview | 03/11/16 | 2021/05/24 | $5,000.00 |
| 18663 Klinger | 01/30/15 | 2021/05/18 | $1,300.00 |
| 6067 Minock | 03/16/18 | 2021/05/18 | $16,000.00 |
| 14153 Carlisle | 05/21/19 | 2021/05/11 | $40,000.00 |
| 16515 Pierson | 06/20/19 | 2021/04/13 | $9,500.00 |
| 1509 W Philadelphia | 01/23/15 | 2021/04/08 | $1,000.00 |
| 12250 Abington Ave | 05/09/18 | 2021/03/31 | $4,700.00 |
| 13150 Kentucky | 10/01/15 | 2021/03/30 | $1,000.00 |
| 13901 Rutherford | 06/05/19 | 2021/03/23 | $17,650.00 |
| 22011 Margareta | 02/01/16 | 2021/03/16 | $18,000.00 |
| 14420 Westwood | 10/05/18 | 2021/02/25 | $1,000.00 |
| 14185 Prevost | 07/24/15 | 2021/02/23 | $22,500.00 |
| 14046 Grandville | 10/26/18 | 2021/02/12 | $12,800.00 |

| | | | |
|---|---|---|---|
| 446 King | 07/31/15 | 2020/12/15 | $25,050.00 |
| 14167 Winthrop | 07/31/15 | 2020/11/24 | $10,500.00 |
| 19143 Cameron | 03/11/16 | 2020/11/17 | $1,700.00 |
| 6726 Minock | 11/13/15 | 2020/11/16 | $16,000.00 |
| 6746 Westwood | 05/06/19 | 2020/11/10 | $9,680.00 |
| 16033 Ellsworth | 01/08/19 | 2020/10/27 | $13,840.00 |
| 18423 Norwood | 11/02/18 | 2020/10/20 | $2,200.00 |
| 1045 Casgrain | 11/01/16 | 2020/10/06 | $45,250.00 |
| 10505 Lanark | 03/15/19 | 2020/09/29 | $15,300.00 |
| 13062 Camden | 03/22/19 | 2020/09/29 | $6,000.00 |
| 13516 Kentucky | 10/01/15 | 2020/09/15 | $7,000.00 |
| 14650 Winthrop | 04/10/19 | 2020/09/15 | $8,550.00 |
| 10619 Duprey | 06/05/15 | 2020/09/08 | $11,450.00 |
| 6179 Oldtown | 12/17/18 | 2020/08/18 | $1,700.00 |
| 8069 Navy | 03/08/19 | 2020/08/18 | $26,100.00 |
| 7423 Woodrow Wilson | 06/03/16 | 2020/08/11 | $26,100.00 |
| 1308 Patricia | 03/15/19 | 2020/07/28 | $8,000.00 |
| 19416 Anglin | 05/06/16 | 2020/07/21 | $2,900.00 |
| 18781 Shaftsbury | 12/18/15 | 2020/07/14 | $1,600.00 |
| 1052 Morrell | 10/23/15 | 2020/06/30 | $19,800.00 |
| 15708 Eastburn | 07/24/15 | 2020/06/23 | $4,000.00 |
| 12880 Glastonbury | 04/06/15 | 2020/05/06 | $1,000.00 |
| 16241 Eastburn | 02/27/15 | 2020/04/14 | $2,000.00 |
| 4337 Waverly | 03/11/16 | 2020/04/07 | $8,050.00 |
| 6731 Forrer | 10/24/14 | 2020/03/03 | $22,160.00 |
| 10274 Balfour | 01/08/16 | 2020/03/03 | $7,100.00 |
| 18468 Stoepel | 11/03/14 | 2020/02/18 | $31,000.00 |
| 9885 E Outer Drive | 05/01/15 | 2020/02/04 | $1,600.00 |
| 11484 Balfour | 08/21/15 | 2020/01/24 | $1,200.00 |
| 9666 Everts | 06/19/15 | 2020/01/21 | $1,500.00 |
| 18980 Pinehurst | 11/13/15 | 2020/01/21 | $36,500.00 |
| 415 Marston | 09/04/15 | 2019/12/17 | $30,600.00 |
| 2300 Woodmere | 12/11/15 | 2019/12/17 | $20,000.00 |
| 9148 Grayton | 07/17/15 | 2019/12/10 | $4,200.00 |

| | | | |
|---|---|---|---|
| 13990 Plainview | 11/10/17 | 2019/11/26 | $32,550.00 |
| 1566 Ferdinand | 10/23/15 | 2019/11/19 | $27,100.00 |
| 8279 Kentucky | 01/08/16 | 2019/11/19 | $2,500.00 |
| 14410 Cedargrove | 05/06/16 | 2019/11/19 | $1,100.00 |
| 2030 Hazelwood | 06/09/17 | 2019/11/19 | $17,200.00 |
| 935 E Philadelphia | 07/31/15 | 2019/11/12 | $1,300.00 |
| 20164 Omira | 08/28/15 | 2019/11/12 | $2,000.00 |
| 12120 Christy | 03/11/16 | 2019/11/12 | $1,000.00 |
| 15600 Rossini Drive | 07/31/15 | 2019/11/05 | $1,100.00 |
| 16229 Eastburn | 11/13/15 | 2019/11/05 | $9,600.00 |
| 1044 Morrell | 06/29/18 | 2019/10/22 | $46,000.00 |
| 6451 Stahelin | 10/01/15 | 2019/10/15 | $7,600.00 |
| 12858 Caldwell | 11/13/18 | 2019/10/08 | $11,100.00 |
| 9251 Grayton | 07/31/15 | 2019/10/04 | $9,000.00 |
| 18075 Roselawn | 12/19/14 | 2019/09/25 | $67,200.00 |
| 1936 Atkinson | 08/28/15 | 2019/09/10 | $34,150.00 |
| 9183 Yorkshire | 07/17/15 | 2019/08/29 | $18,000.00 |
| 17336 Prairie | 12/18/15 | 2019/08/27 | $39,050.00 |
| 12285 Asbury Park | 07/31/15 | 2019/08/22 | $1,000.00 |
| 1730 E Grand Blvd | 08/14/15 | 2019/07/24 | $30,100.00 |
| 311 Owen | 07/31/15 | 2019/07/23 | $16,600.00 |
| 8287 Cloverlawn | 01/08/16 | 2019/07/16 | $2,000.00 |
| 6207 Grandville | 10/10/14 | 2019/07/09 | $2,500.00 |
| 955 E Robinwood | 07/17/15 | 2019/06/20 | $1,600.00 |
| 9419 Littlefield | 03/04/16 | 2019/06/18 | $1,000.00 |
| 10011 Grayton | 07/24/15 | 2019/06/04 | $1,100.00 |
| 12066 Auburn | 09/04/15 | 2019/06/04 | $1,200.00 |
| 11644 Stahelin | 04/20/18 | 2019/05/28 | $13,000.00 |
| 8357 Roselawn | 06/26/15 | 2019/05/14 | $1,000.00 |
| 6810 Plainview | 03/29/18 | 2019/05/14 | $1,100.00 |
| 2724 Mt Elliott | 05/06/16 | 2019/05/10 | $1,000.00 |
| 4308 Tyler | 03/31/15 | 2019/05/07 | $10,500.00 |
| 855 E Grand Blvd | 06/05/15 | 2019/04/30 | $5,200.00 |
| 6703 Stahelin | 10/01/15 | 2019/04/30 | $22,500.00 |

| | | | |
|---|---|---|---|
| 14337 Winthrop | 12/18/15 | 2019/04/23 | $10,000.00 |
| 20475 Greenlawn | 07/24/15 | 2019/04/16 | $4,600.00 |
| 527 E Euclid | 08/19/16 | 2019/04/11 | $30,100.00 |
| 429 Eastlawn | 01/08/16 | 2019/04/09 | $40,200.00 |
| 2010 Atkinson | 01/16/15 | 2019/04/05 | $21,500.00 |
| 19819 San Juan | 07/24/15 | 2019/04/04 | $24,100.00 |
| 13127 Moenart | 03/13/15 | 2019/03/29 | $28,300.00 |
| 2200 Atkinson | 07/22/16 | 2019/03/29 | $60,560.00 |
| 231 Westminster | 01/16/15 | 2019/03/27 | $10,000.00 |
| 1730 Edison | 08/15/14 | 2019/03/19 | $47,550.00 |
| 19965 Northlawn | 07/31/15 | 2019/03/19 | $1,000.00 |
| 405 E Grand Blvd | 09/11/15 | 2019/03/19 | $65,600.00 |
| 14575 St Marys | 11/10/17 | 2019/03/19 | $13,500.00 |
| 18411 Washburn | 04/15/16 | 2019/03/15 | $53,200.00 |
| 17414 Washburn | 01/09/15 | 2019/03/07 | $1,000.00 |
| 18046 Norwood | 05/08/15 | 2019/03/07 | $1,000.00 |
| 561 Melbourne | 09/11/15 | 2019/03/07 | $8,800.00 |
| 1211 Edison | 08/15/14 | 2019/03/05 | $42,600.00 |
| 17300 Woodingham | 06/19/15 | 2019/03/05 | $27,950.00 |
| 13503 Northlawn | 07/31/15 | 2019/03/05 | $1,100.00 |
| 672 Clairmount | 03/04/16 | 2019/03/01 | $1,000.00 |
| 12641 Mettetal | 03/25/16 | 2019/02/28 | $20,000.00 |
| 11651 Penrod | 06/10/16 | 2019/02/26 | $5,440.00 |
| 20185 Indiana | 06/26/15 | 2019/02/19 | $2,600.00 |
| 12088 Rosemont | 09/04/15 | 2019/02/19 | $17,500.00 |
| 17569 Cherrylawn | 04/15/16 | 2019/02/19 | $15,050.00 |
| 2550 W Boston Blvd | 04/01/15 | 2019/02/14 | $6,500.00 |
| 6727 Grandville | 11/13/15 | 2019/02/14 | $6,000.00 |
| 8638 Schaefer | 12/05/14 | 2019/02/12 | $11,550.00 |
| 1106 Patricia | 07/17/15 | 2019/02/05 | $1,200.00 |
| 20016 Santa Rosa | 10/30/15 | 2019/02/05 | $7,000.00 |
| 10518 Balfour | 07/31/15 | 2019/01/29 | $3,250.00 |
| 16114 Pierson | 02/16/16 | 2019/01/29 | $20,000.00 |
| 10428 Marne | 06/22/15 | 2019/01/25 | $10,500.00 |

| | | | |
|---|---|---|---|
| 14394 Evergreen | 06/19/15 | 2019/01/24 | $4,900.00 |
| 10028 Grayton | 07/24/15 | 2019/01/24 | $1,000.00 |
| 14351 Prevost | 07/24/15 | 2019/01/24 | $1,100.00 |
| 7263 Senator | 05/27/16 | 2019/01/24 | $18,000.00 |
| 15265 E State Fair | 07/31/15 | 2019/01/16 | $1,000.00 |
| 698 Pingree | 04/10/15 | 2019/01/14 | $17,250.00 |
| 350 Leicester Ct | 09/11/15 | 2019/01/11 | $25,050.00 |
| 9170 Woodhall | 06/05/15 | 2019/01/10 | $1,000.00 |
| 17213 Forrer | 12/18/15 | 2019/01/10 | $13,750.00 |
| 16237 Lahser | 07/25/14 | 2019/01/08 | $7,600.00 |
| 5852 Minock | 09/19/14 | 2019/01/08 | $5,500.00 |
| 6050 Minock | 04/17/15 | 2019/01/03 | $4,100.00 |
| 10303 Lanark | 12/04/15 | 2019/01/03 | $1,300.00 |
| 20236 Mendota | 07/17/15 | 2018/12/19 | $2,050.00 |
| 3964 Eldridge | 11/21/14 | 2018/12/13 | $24,300.00 |
| 14322 Auburn | 06/12/15 | 2018/12/11 | $2,300.00 |
| 656 Alger | 07/31/15 | 2018/12/11 | $21,100.00 |
| 2332 Honorah | 08/14/15 | 2018/12/11 | $4,100.00 |
| 18637 Greenview | 12/18/15 | 2018/12/11 | $7,550.00 |
| 819 E Grand Blvd | 06/05/15 | 2018/12/10 | $40,650.00 |
| 9181 Woodhall | 06/05/15 | 2018/12/06 | $1,000.00 |
| 8516 Greenlawn | 08/28/15 | 2018/12/06 | $1,000.00 |
| 17180 Stoepel | 12/04/15 | 2018/12/06 | $11,200.00 |
| 8623 Kentucky | 03/11/16 | 2018/12/06 | $5,500.00 |
| 15839 Fairmount Dr | 08/15/15 | 2018/12/04 | $2,000.00 |
| 16719 Gilchrist | 08/21/15 | 2018/12/04 | $8,600.00 |
| 5504 Harold | 11/13/15 | 2018/11/29 | $25,000.00 |
| 4331 Waverly | 01/09/15 | 2018/11/28 | $2,560.00 |
| 3824 Buena Vista | 04/06/15 | 2018/11/28 | $32,560.00 |
| 13965 Forrer | 08/14/15 | 2018/11/28 | $12,500.00 |
| 10427 Merlin | 08/07/15 | 2018/11/27 | $15,400.00 |
| 20451 Birwood | 12/18/15 | 2018/11/27 | $4,250.00 |
| 14042 Evergreen | 06/12/15 | 2018/11/20 | $4,160.00 |
| 8336 Cahalan | 06/12/15 | 2018/11/20 | $3,100.00 |

| | | | |
|---|---|---|---|
| 16053 Bringard Dr | 04/01/15 | 2018/11/16 | $6,300.00 |
| 19957 Roselawn | 06/26/15 | 2018/11/15 | $1,000.00 |
| 8250 Northlawn | 06/26/15 | 2018/11/15 | $2,400.00 |
| 14878 Pierson | 09/11/15 | 2018/11/15 | $3,000.00 |
| 3200 E Outer Drive | 05/29/15 | 2018/11/08 | $16,300.00 |
| 6429 Auburn | 12/04/15 | 2018/11/08 | $10,600.00 |
| 13570 Greenview | 04/03/15 | 2018/11/06 | $1,400.00 |
| 6851 Auburn | 11/13/15 | 2018/11/06 | $5,400.00 |
| 18748 Greenview | 12/04/15 | 2018/11/06 | $4,600.00 |
| 6500 Ashton | 12/11/15 | 2018/11/06 | $1,000.00 |
| 8032 Northlawn | 01/08/16 | 2018/11/06 | $1,000.00 |
| 16911 Burgess | 07/18/14 | 2018/11/02 | $1,100.00 |
| 1631 E Outer Drive | 05/29/15 | 2018/11/02 | $9,500.00 |
| 8587 Northlawn | 07/02/15 | 2018/11/01 | $1,000.00 |
| 10089 Britain | 01/08/16 | 2018/11/01 | $2,500.00 |
| 15355 Auburn | 12/11/15 | 2018/10/30 | $1,300.00 |
| 17312 Littlefield | 04/29/16 | 2018/10/30 | $1,000.00 |
| 598 Lakewood | 03/20/15 | 2018/10/26 | $10,500.00 |
| 8001 Hartwell | 11/14/14 | 2018/10/25 | $26,800.00 |
| 687 Hazelwood | 05/29/15 | 2018/10/25 | $15,100.00 |
| 15910 Prevost | 09/11/15 | 2018/10/25 | $1,100.00 |
| 14040 Glastonbury | 07/24/15 | 2018/10/24 | $1,000.00 |
| 9131 Kensington | 01/08/16 | 2018/10/24 | $15,700.00 |
| 12133 Plainview | 05/01/15 | 2018/10/23 | $1,000.00 |
| 10442 Merlin | 07/17/15 | 2018/10/23 | $6,800.00 |
| 8367 Carlin | 07/17/15 | 2018/10/23 | $1,000.00 |
| 8202 Normile | 10/27/15 | 2018/10/23 | $4,500.00 |
| 18060 Binder | 03/04/16 | 2018/10/23 | $1,400.00 |
| 18200 Sorrento | 05/22/15 | 2018/10/19 | $8,550.00 |
| 20469 Mccormick | 05/22/15 | 2018/10/19 | $17,000.00 |
| 9350 Sanilac | 06/05/15 | 2018/10/19 | $5,000.00 |
| 6788 Plainview | 06/19/15 | 2018/10/19 | $1,800.00 |
| 1910 E Grand Blvd | 07/17/15 | 2018/10/19 | $1,100.00 |
| 4421 Oregon | 08/07/15 | 2018/10/18 | $3,000.00 |

| | | | |
|---|---|---|---|
| 13501 Stahelin | 04/29/15 | 2018/10/16 | $1,100.00 |
| 16559 Kentucky | 05/01/15 | 2018/10/16 | $8,550.00 |
| 18455 Revere | 05/27/15 | 2018/10/16 | $2,960.00 |
| 6365 Vaughan | 06/05/15 | 2018/10/16 | $2,200.00 |
| 18403 Steel | 07/31/15 | 2018/10/16 | $52,000.00 |
| 20035 Santa Barbara | 07/31/15 | 2018/10/16 | $2,800.00 |
| 17230 Vaughan | 12/04/15 | 2018/10/16 | $1,000.00 |
| 6751 Montrose | 02/27/15 | 2018/10/12 | $17,500.00 |
| 245 Custer | 06/19/15 | 2018/10/12 | $65,100.00 |
| 15919 E State Fair | 07/02/15 | 2018/10/12 | $1,500.00 |
| 9153 Chamberlain | 09/05/14 | 2018/10/11 | $6,100.00 |
| 12937 Glastonbury | 03/25/15 | 2018/10/11 | $2,100.00 |
| 6865 Vaughan | 06/05/15 | 2018/10/11 | $8,100.00 |
| 7349 Churchill | 05/13/16 | 2018/10/11 | $65,500.00 |
| 16195 Burt Rd | 11/10/17 | 2018/10/11 | $6,100.00 |
| 3775 Waverly | 03/31/15 | 2018/10/10 | $2,500.00 |
| 14352 Evergreen | 06/19/15 | 2018/10/10 | $1,300.00 |
| 264 Mt Vernon | 06/26/15 | 2018/10/10 | $20,050.00 |
| 20100 Prairie | 07/24/15 | 2018/10/10 | $14,300.00 |
| 560 Hague | 08/03/15 | 2018/10/10 | $1,000.00 |
| 20174 Ilene | 07/31/15 | 2018/10/09 | $9,000.00 |
| 1026 Dragoon | 04/03/15 | 2018/10/05 | $5,100.00 |
| 12943 Rosemont | 05/29/15 | 2018/10/05 | $1,100.00 |
| 1859 E Grand Blvd | 07/17/15 | 2018/10/05 | $6,000.00 |
| 6417 Grandville | 12/11/15 | 2018/10/05 | $32,400.00 |
| 18699 Shaftsbury | 12/18/15 | 2018/10/05 | $3,500.00 |
| 20166 Kentucky | 07/02/15 | 2018/10/04 | $2,700.00 |
| 20037 Roselawn | 07/14/15 | 2018/10/04 | $1,500.00 |
| 10106 Grayton | 07/31/15 | 2018/10/04 | $1,000.00 |
| 15225 E State Fair | 07/31/15 | 2018/10/04 | $2,700.00 |
| 6804 Plainview | 12/11/15 | 2018/10/04 | $11,200.00 |
| 20155 Mendota | 01/13/17 | 2018/10/04 | $3,500.00 |
| 6755 Vaughan | 06/05/15 | 2018/10/03 | $10,000.00 |
| 19947 Prairie | 04/15/16 | 2018/10/03 | $2,150.00 |

| | | | |
|---|---|---|---|
| 18115 Cherrylawn | 08/01/14 | 2018/10/02 | $26,250.00 |
| 5118 Garvin | 04/24/15 | 2018/10/02 | $17,000.00 |
| 15754 Evergreen | 06/12/15 | 2018/10/02 | $3,000.00 |
| 9132 Woodhall | 06/12/15 | 2018/10/02 | $1,000.00 |
| 15820 Mansfield | 09/11/15 | 2018/10/02 | $3,800.00 |
| 12923 Forrer | 03/25/16 | 2018/10/02 | $10,100.00 |
| 19965 Roselawn | 04/29/16 | 2018/10/02 | $3,100.00 |
| 16537 Fielding | 07/18/14 | 2018/09/28 | $4,300.00 |
| 8103 Manor | 01/23/15 | 2018/09/28 | $13,900.00 |
| 9239 Grayton | 07/24/15 | 2018/09/28 | $1,300.00 |
| 10061 Grayton | 07/31/15 | 2018/09/28 | $5,900.00 |
| 16149 Wisconsin | 08/07/15 | 2018/09/28 | $16,050.00 |
| 18453 Monica | 10/30/15 | 2018/09/28 | $35,500.00 |
| 17373 Griggs | 12/18/15 | 2018/09/28 | $4,050.00 |
| 8500 Northlawn | 01/08/16 | 2018/09/28 | $6,500.00 |
| 10519 Lanark | 05/22/15 | 2018/09/27 | $1,000.00 |
| 1637 E Outer Drive | 05/29/15 | 2018/09/27 | $11,300.00 |
| 10723 Peerless | 06/05/15 | 2018/09/27 | $1,000.00 |
| 9906 Yorkshire | 08/07/15 | 2018/09/27 | $1,000.00 |
| 16758 Mansfield | 09/11/15 | 2018/09/27 | $7,000.00 |
| 22052 Willmarth | 01/15/16 | 2018/09/27 | $1,400.00 |
| 6352 Auburn | 11/13/15 | 2018/09/25 | $13,100.00 |
| 16403 Bringard Dr | 01/15/16 | 2018/09/25 | $1,000.00 |
| 4775 Sturtevant | 04/01/15 | 2018/09/21 | $2,050.00 |
| 6515 Gladys | 09/25/15 | 2018/09/20 | $15,050.00 |
| 15402 Fairmount Dr | 07/24/15 | 2018/09/18 | $6,500.00 |
| 246 E Philadelphia | 03/04/16 | 2018/09/18 | $6,400.00 |
| 9843 Yorkshire | 08/07/15 | 2018/09/14 | $4,800.00 |
| 2334 Honorah | 12/11/15 | 2018/09/10 | $13,000.00 |
| 8461 E Outer Drive | 06/12/15 | 2018/09/06 | $10,100.00 |
| 8361 Carlin | 03/03/15 | 2018/08/29 | $1,200.00 |
| 20459 Cherrylawn | 07/31/15 | 2018/08/27 | $7,600.00 |
| 20430 Gardendale | 06/12/15 | 2018/08/22 | $14,100.00 |
| 8083 Manor | 01/23/15 | 2018/08/10 | $17,200.00 |

| | | | |
|---|---|---|---|
| 431 Hague | 07/31/15 | 2018/07/26 | $15,150.00 |
| 20501 Northlawn | 06/12/15 | 2018/07/19 | $4,200.00 |
| 9217 Bishop | 06/19/15 | 2018/07/18 | $1,900.00 |
| 16157 Wisconsin | 06/20/14 | 2018/07/17 | $10,050.00 |
| 6854 Rutherford | 03/13/15 | 2018/07/13 | $31,100.00 |
| 14224 Grandville | 04/13/15 | 2018/07/12 | $1,100.00 |
| 18469 Binder | 04/24/15 | 2018/07/11 | $1,000.00 |
| 14150 Montrose | 07/31/15 | 2018/06/29 | $5,200.00 |
| 10241 Balfour | 01/08/16 | 2018/06/29 | $1,000.00 |
| 14230 Forrer | 07/24/15 | 2018/06/25 | $3,700.00 |
| 7458 Kipling | 02/27/15 | 2018/06/22 | $1,850.00 |
| 5109 Garvin | 04/24/15 | 2018/06/22 | $28,400.00 |
| 6886 Grandville | 12/11/15 | 2018/06/22 | $9,700.00 |
| 6403 Ashton | 07/17/15 | 2018/06/20 | $4,800.00 |
| 18511 Santa Rosa | 03/03/15 | 2018/06/18 | $30,550.00 |
| 8264 Cloverlawn | 06/26/15 | 2018/06/15 | $1,100.00 |
| 19991 Mccormick | 06/19/15 | 2018/06/14 | $2,100.00 |
| 16591 Avon | 06/26/15 | 2018/06/14 | $2,000.00 |
| 16154 Greenlawn | 02/06/15 | 2018/06/13 | $9,000.00 |
| 14220 E State Fair | 12/18/15 | 2018/06/13 | $11,600.00 |
| 6741 Vaughan | 06/05/15 | 2018/06/12 | $6,000.00 |
| 383 Newport | 12/05/14 | 2018/06/11 | $1,000.00 |
| 13514 Artesian | 03/25/15 | 2018/06/07 | $1,000.00 |
| 20163 Mendota | 12/18/15 | 2018/06/06 | $4,200.00 |
| 18415 Dean | 04/10/15 | 2018/05/22 | $2,000.00 |
| 11720 Minock | 05/22/15 | 2018/05/18 | $2,800.00 |
| 16149 Indiana | 06/06/14 | 2018/05/16 | $1,600.00 |
| 6880 Parkwood | 12/18/15 | 2018/05/11 | $5,300.00 |
| 6414 Plainview | 06/04/15 | 2018/05/10 | $11,500.00 |
| 16479 Carlisle | 04/01/15 | 2018/05/03 | $3,600.00 |
| 7343 Churchill | 03/13/15 | 2018/05/02 | $29,050.00 |
| 92 Kenilworth | 01/08/16 | 2018/04/24 | $8,800.00 |
| 14450 Bringard Dr | 09/12/14 | 2018/04/19 | $12,000.00 |
| 1434 Atkinson | 08/15/14 | 2018/04/10 | $10,080.00 |

| | | | |
|---|---|---|---|
| 13543 Greenview | 07/31/15 | 2018/03/30 | $1,300.00 |
| 1721 Atkinson | 09/25/15 | 2018/03/22 | $55,300.00 |
| 17522 Pennington | 12/05/14 | 2018/03/15 | $7,000.00 |
| 14330 Minock | 06/12/15 | 2018/03/15 | $1,000.00 |
| 13600 Penrod | 04/06/15 | 2018/02/21 | $4,000.00 |
| 6075 Ashton | 07/17/15 | 2018/02/20 | $6,300.00 |
| 14127 Montrose | 01/08/16 | 2018/01/30 | $2,800.00 |
| 244 Leicester Ct | 06/19/15 | 2018/01/29 | $3,500.00 |
| 15136 Winthrop | 05/06/16 | 2018/01/22 | $1,300.00 |
| 550 Smith | 07/31/15 | 2018/01/18 | $32,100.00 |
| 12660 Tuller | 11/20/15 | 2018/01/02 | $8,500.00 |
| 16732 Patton | 03/04/16 | 2017/12/20 | $16,080.00 |
| 14624 Prevost | 08/26/16 | 2017/12/12 | $10,500.00 |
| 16207 Gilchrist | 08/21/15 | 2017/11/30 | $12,050.00 |
| 583 Alger | 07/31/15 | 2017/11/29 | $2,400.00 |
| 9975 Bishop | 07/24/15 | 2017/11/28 | $1,000.00 |
| 16484 Fairmount Dr | 01/15/16 | 2017/11/16 | $5,750.00 |
| 2271 Atkinson | 08/15/14 | 2017/11/15 | $30,100.00 |
| 2618 Inglis | 06/05/15 | 2017/11/02 | $14,350.00 |
| 13935 Asbury Park | 07/17/15 | 2017/10/23 | $8,050.00 |
| 16600 Rutherford | 08/28/15 | 2017/10/19 | $1,000.00 |
| 5130 Eldridge | 11/21/14 | 2017/10/10 | $11,100.00 |
| 14433 Asbury Park | 08/14/15 | 2017/10/10 | $21,650.00 |
| 18915 Kentucky | 10/31/14 | 2017/09/18 | $15,000.00 |
| 8205 Dexter | 06/22/23 | 2017/06/29 | $1,000.00 |
| 2217 E Outer Drive | 05/29/15 | 2017/04/11 | $1,000.00 |
| 414 W Grand Blvd | 04/10/15 | 2017/02/03 | $20,450.00 |
| 2280 Atkinson | 08/15/14 | 2016/10/27 | $15,000.00 |
| 3476 Audubon | 03/31/15 | 2016/10/18 | $25,000.00 |
| 3759 Tyler | 03/31/15 | 2016/08/02 | $1,400.00 |
| 6058 Auburn | 09/26/14 | 2016/07/07 | $1,000.00 |
| 4365 Tyler | 04/01/15 | 2016/07/07 | $1,000.00 |
| 1256 24th St | 10/10/14 | 2016/05/19 | $7,300.00 |
| 4055 Fullerton | 04/06/15 | 2016/05/17 | $13,550.00 |

| | | | |
|---|---|---|---|
| 16166 Westbrook | 07/25/14 | 2016/03/23 | $3,550.00 |
| 4870 Sturtevant | 04/01/15 | 2016/02/19 | $2,200.00 |
| 16425 Collingham | 04/01/15 | 2016/02/17 | $2,500.00 |
| 6078 Auburn | 09/26/14 | 2016/01/27 | $4,000.00 |
| 12031 Faust | 05/19/15 | 2016/01/21 | $2,600.00 |
| 10223 E Outer Drive | 05/27/15 | 2016/01/15 | $21,200.00 |
| 1419 Mckinstry | 10/10/14 | 2015/12/11 | $1,000.00 |
| 10112 Curtis | 10/10/14 | 2015/12/07 | $14,600.00 |
| 18402 Norwood | 04/13/15 | 2015/12/04 | $1,550.00 |
| 17321 Westmoreland | 11/14/14 | 2015/11/05 | $1,625.00 |
| 8750 Homer | 09/05/14 | 2015/11/03 | $6,600.00 |
| 6850 Abington Ave | 04/01/15 | 2015/10/30 | $12,000.00 |
| 5647 Caniff | 02/13/15 | 2015/10/28 | $1,000.00 |
| 6217 Faust | 04/03/15 | 2015/10/27 | $10,600.00 |
| 6361 Mansfield | 10/24/14 | 2015/10/22 | $8,100.00 |
| 18600 Ilene | 04/01/15 | 2015/10/21 | $1,000.00 |
| 5594 Harold | 04/01/15 | 2015/10/21 | $7,100.00 |
| 4239 Tyler | 03/04/15 | 2015/10/20 | $1,300.00 |
| 7084 Army | 04/13/15 | 2015/10/19 | $1,000.00 |
| 6900 Longacre | 04/01/15 | 2015/10/16 | $2,400.00 |
| 8731 Mandale | 09/05/14 | 2015/10/15 | $2,600.00 |
| 1177 Morrell | 10/10/14 | 2015/10/09 | $1,000.00 |
| 8234 Meyers | 11/14/14 | 2015/10/08 | $4,800.00 |
| 17164 Birwood | 10/10/14 | 2015/10/06 | $1,000.00 |
| 6701 Asbury Park | 10/24/14 | 2015/10/06 | $2,200.00 |
| 4295 Waverly | 03/04/15 | 2015/10/02 | $1,000.00 |
| 16207 Indiana | 06/06/14 | 2015/09/29 | $3,100.00 |
| 5983 Kensington | 07/11/14 | 2015/09/18 | $6,200.00 |
| 13894 Carlisle | 03/03/15 | 2015/09/02 | $1,000.00 |
| 17365 Birwood | 04/01/15 | 2015/08/31 | $1,000.00 |
| 4088 Tyler | 03/31/15 | 2015/08/05 | $1,000.00 |
| 13204 Broadstreet | 03/31/15 | 2015/07/30 | $10,100.00 |
| 18701 Birwood | 04/01/15 | 2015/07/29 | $3,600.00 |
| 5775 Yorkshire | 03/20/15 | 2015/07/22 | $7,600.00 |

| | | | |
|---|---|---|---|
| 18963 Pinehurst | 10/10/14 | 2015/07/06 | $4,350.00 |
| 16250 Indiana | 06/06/14 | 2015/06/25 | $2,600.00 |
| 18950 Washburn | 10/10/14 | 2015/06/25 | $6,950.00 |
| 16610 Chandler Park Dr | 09/12/14 | 2015/06/22 | $8,350.00 |
| 16539 Northlawn | 04/03/15 | 2015/06/19 | $1,000.00 |
| 16182 Indiana | 06/20/14 | 2015/06/17 | $1,400.00 |
| 16169 Greenlawn | 12/05/14 | 2015/05/29 | $4,200.00 |
| 8226 Hartwell | 03/03/15 | 2015/05/28 | $18,100.00 |
| 20108 Regent Dr | 09/19/14 | 2015/05/15 | $3,500.00 |
| 13900 Edmore Dr | 09/19/14 | 2015/05/11 | $10,100.00 |
| 16252 Ohio | 06/16/14 | 2015/04/22 | $8,100.00 |
| 14626 Fairmount Dr | 09/19/14 | 2015/04/17 | $1,000.00 |
| 17041 Chandler Park Dr | 07/11/14 | 2015/03/03 | $15,200.00 |
| 16161 Roselawn | 06/06/14 | 2015/02/26 | $6,400.00 |
| 16747 Lahser | 07/25/14 | 2015/02/13 | $3,600.00 |
| 16165 Ohio | 06/16/14 | 2015/02/03 | $4,200.00 |
| 5205 Yorkshire | 07/11/14 | 2015/01/02 | $6,100.00 |
| 16177 Roselawn | 06/16/14 | 2014/11/25 | $1,000.00 |
| 4892 Harvard Rd | 07/11/14 | 2014/11/21 | $16,100.00 |
| 3941 Cadieux | 07/11/14 | 2014/11/18 | $1,100.00 |
| | | | |
| | | | |
| | | **TOTAL SALES REVENUE:** | **$5,194,543.00** |
| | | | |
| | | **Average sales revenue per NAP-acquired house:** | **$11,416.58** |