# Exhibit 20:
# February 7, 2014 Detroit City Council Resolution




City of Detroit
Law Department

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-3535
Phone 313•224•4550
Fax 313•224•5505
www.detroitmi.gov

February 7, 2014

Honorable Detroit City Council
1340 Coleman A. Young Municipal Center
Two Woodward Avenue
Detroit, Michigan 48226

Re: Detroit Land Bank Proposed Resolution

Honorable City Council:

Enclosed for your consideration is a proposed Resolution to authorize the Detroit Land Bank Authority (the "DLBA") to exercise certain of the police powers of the City of Detroit (the "City") to abate public nuisance, including such public nuisance caused by abandoned homes and blight within the City by pursuing civil litigation against the owners of such abandoned homes. Any litigation undertaken will be done so at the cost of the DLBA. In order to effectuate this authorization, the City's Corporation Counsel will name attorneys, identified by the DLBA, as Special Assistant Corporation Counsels, to pursue such litigation. In the event that the DLBA succeeds in such nuisance suits, title to the property will vest with the DLBA, and the DLBA will be entitled to retain all proceeds from the sale of such land.

Thank you for your consideration.

Respectfully submitted,

Melvin B. Hollowell
Corporation Counsel

cc:  Timothy A. Beckett, Supervising Assistant Corporation Counsel, Government Affairs
     Palencia Mobley, Mayor's Office, Liaison to City Council

ENTERED FEB 13 2014

Document received by the MI Wayne 3rd Circuit Court.

## RESOLUTION

BY: COUNCIL MEMBER _Leland_

  **WHEREAS**, The City is experiencing severe and widespread blight: nearly one-third of the City's 139 square miles is empty or unused with some 80,000 vacant homes, constituting more than one-fifth of the City's housing stock. The City has determined that this blight is an ongoing health and safety risk to every resident, fosters and facilitates crime and unemployment, encourages resident flight from the City, depresses property values, and discourages investment in the City; and

  **WHEREAS**, The City has previously determined that the City's endemic blight creates a public nuisance and is harmful to public health, affects public morals, and prevents the public from the peaceful use of the their land, and constitutes a "Blight Emergency," as described in the EM Order No. 15 "Order Suspending Certain City Wrecking Requirements to Address Blight," issued on August 29, 2013; and

  **WHEREAS**, The City has determined that there is a need to quickly and efficiently combat the public nuisances, which further contributes to the public emergency affecting life, health, property or the public peace; and

  **WHEREAS**, The City has determined that eliminating public nuisances through nuisance abatement proceedings is a means to promote public health, safety and welfare; and

  **WHEREAS**, The City has determined that the proceedings necessary to abate public nuisances require the expenditure of a variety of resources that are not currently within the capacity of the City given the other obligations and undertakings of the City; and

  **WHEREAS**, Pursuant to the Land Bank Fast Track Act, 2003 PA 258, MCL 124.751 to 124.774 (Land Bank Act), the Detroit Land Bank Authority ("Detroit Land Bank") was created as a separate legal entity and public body corporate in accordance with an Intergovernmental Agreement dated September 15, 2008, as amended from time to time, by and between the City of Detroit and the Michigan Land Bank Fast Track Authority; and

  **WHEREAS**, The Detroit Land Bank was created in order to assemble or dispose of public property, including tax reverted property, in a coordinated manner to foster the development of that property and to promote economic growth in the City of Detroit; and

  **WHEREAS**, The City and Detroit Land Bank are both governmental agencies with the immunities provided by Public Act 170 of 1964, as amended, Governmental Tort Liability for Negligence, MCL 691.1401 *et seq.*, commonly known as the Governmental Immunity Act; and

Document received by the MI Wayne 3rd Circuit Court.

**WHEREAS**, The City believes, at this point in time, that to more effectively address the Blight Emergency it is in the City's best interests to authorize, on a non-exclusive basis, the Detroit Land Bank to exercise the City of Detroit's police power to abate the public nuisances throughout the City, by any and all available legal remedies, subject to the terms, conditions and limits contained in this Resolution (the "Proposed Authorization");

**NOW, THEREFORE, BE IT RESOLVED THAT:**

1. The City is authorizing the Detroit Land Bank, on a non-exclusive basis, to exercise the power to abate public nuisances by pursuing any action legally available, or that will become available to the City, including but not limited to, civil litigation, to promote the public health, safety and welfare of the residents, provided that the City shall retain the power to exercise such rights on its own behalf.

2. The City, through the City of Detroit's Corporation Counsel, shall name attorneys, who will be identified by the Detroit Land Bank, to serve as Special Assistant Corporation Counsels. With the approval of the Corporation Counsel, such Special Assistant Corporation Counsels shall have the authority, on a non-exclusive basis, to pursue, any and all litigation matters necessary to abate the public nuisances.

3. The Detroit Land Bank shall be authorized to pursue and complete legal or other proceedings against the owners of public nuisance properties, and shall bear the expense of such proceedings, provided that the City shall retain the power to pursue such actions on its own behalf.

4. In the event the outcome of the legal proceedings is in favor of the Detroit Land Bank, title shall vest with the Detroit Land Bank.

5. The Detroit Land Bank shall be entitled to retain any and all proceeds from the disposition or abatement of the properties that were acquired by the Detroit Land Bank through the nuisance abatement proceedings.

6. All other City enforcement powers and responsibilities including, but not limited to, law enforcement, foreclosure, the pursuit of property tax deficiencies, the management of City land and the exercise of City police powers shall remain in full force and effect within the sole power of the City to exercise such powers.

Document received by the MI Wayne 3rd Circuit Court.

ADOPTED AS FOLLOWS
COUNCIL MEMBERS

| | YEAS | NAYS |
|---|---|---|
| Scott BENSON | ✓ | |
| *George CUSHINGBERRY, JR. | ✓ | |
| Saunteel JENKINS | ✓ | |
| Gabe LELAND | ✓ | |
| Raqual CASTANEDA-LOPEZ | ✓ | |
| Mary SHEFFIELD | ✓ | |
| Andre SPIVEY | ✓ | |
| James TATE | ✓ | |
| Brenda PRESIDENT JONES | ✓ | |
| *PRESIDENT PRO TEM | | |
| | 8 | 0 |