# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KASSANDRA LUDINGTON, et al.

        Plaintiffs,

v.

CITY OF DETROIT, a Michigan Municipal Corporation, and THE DETROIT LAND BANK AUTHORITY, a public body corporate,

        Defendants.

Case No. 25-10307
Hon. Jonathan J.C. Grey
Mag. Judge David R. Grand

---

## STIPULATED ORDER EXTENDING THE DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT

This matter has come before the Court upon the stipulation of the parties, as evidenced by the signatures of their counsel below. The parties stipulate to the following:

1. Defendants shall, as permitted by Federal Rule of Civil Procedure 12, answer, move, or otherwise respond to the first amended complaint (ECF No. 13) on or before June 17, 2025.

2. The entry into this stipulation by defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be

available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or (c) any other statutory or common law defenses that may be available to defendants in this action. Defendants expressly reserve their right to raise any such defenses (or any other defense) in response to the current first amended complaint, or any further amended complaints that may be filed by plaintiffs.

3. Should defendants respond to the first amended complaint by filing a motion to dismiss under Federal Rule of Civil Procedure 12, plaintiffs shall respond to the motion on or before July 29, 2025.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
Date: May 28, 2025  United States District Judge

**Stipulated to and approved by:**

Dated: May 22, 2025

/s/ David H. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
David A. Bergh (P83696)
FINK BRESSACK
*Attorneys for Defendant City of Detroit and the Detroit Land Bank Authority*
500 Griswold Street, Suite 2400
Detroit, Michigan 48226
Tel: (313) 387-3300
dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com


/s/ Ian T. Cross (w/permission)
Ian T. Cross (P83367)
Lawrence H. Margolis (P69635)
MARGOLIS & CROSS
*Attorneys for Plaintiffs*
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 28, 2025.

                                s/ **S. Osorio**
                                Sandra Osorio
                                Case Manager