# Exhibit 2

**2025021574 L: 59313 P: 460 JDG**
**01/28/2025 04:57:42 PM Total Pages: 5**
**Bernard J. Youngblood, Register of Deeds - Wayne County, MI**
**ELECTRONICALLY RECORDED**

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

MIKE DUGGAN, Mayor, City of Detroit,
And the DETROIT LAND BANK AUTHORITY,
a public body corporate,

    Plaintiffs,

v.                                                                   Hon. Leslie Kim Smith
                                                                                Case No. 23-005566-CH

16155 BEAVERLAND, DETROIT, MICHIGAN 48219;
OAKFIELD HOLDINGS, LLC; ET AL.,

    Defendants.
_____/

**GIUSEPPE PALAZZOLO (P79176)**
Principal Attorney, Detroit Land Bank Authority
**JOHN HILLA (P69128)**
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280
_____/

**JUDGMENT OF DEFAULT ORDER
AS TO 18541 FIELDING, DETROIT, MICHIGAN 48219 AND JEANNETTE GORDON
ONLY**

At a session of said court held in the City of Detroit,
County of Wayne, State of Michigan
on     5/6/2024    .

PRESENT: HON. LESLIE KIM SMITH
Wayne County Circuit Court, Chief Judge Pro Tem

THIS MATTER is before the Court on Plaintiffs' application for entry of a Judgment of Default, pursuant to MCR 2.603(B)(3) and MCR 3.601, as to the Owner and Interest Holder JEANNETTE GORDON of Defendant property 18541 FIELDING, DETROIT, MICHIGAN 48219, more specifically known as:

Legal Description: W FIELDING S 5 FT 80 79 AND E 9 FT OF VAC ALLEY ADJ C W HARRAHS REDFORD SUB L57 P80 PLATS, W C R 22/524 40 X 122.73A

Parcel ID Number: 22102922.

Commonly known as: 18541 FIELDING, DETROIT, MICHIGAN 48219

The Court has heard Plaintiffs' proofs and has taken judicial notice of the danger, injuries, harm, and threat of harm posed by abandoned buildings to City of Detroit residents and is fully informed.

Pursuant to Docket Directive 2018-03, Plaintiffs have made the following minimum diligent inquiry and service of process efforts with respect to the Defendant Owner/Interest Holder in the attempt to provide actual notice of the proceedings and an opportunity to be heard: 1) complete searches of the records of the Wayne County Register of Deeds and the Wayne County Treasurer, to identify ownership interests; 2) electronic investigative searches to identify the last known address of the Owner and Interest Holder; and 3) service of process by personal service. The Defendant Owner/Interest Holder of the Property is not an infant, incompetent person, or member of the military service of the United States of America or Michigan.

THEREFORE, IT IS ORDERED:

1. The Property is declared a public nuisance and a common law nuisance per se. The Property constitutes an unreasonable interference with a common right enjoyed by the general public, including conduct that significantly interferes with the public's health, safety, peace, comfort, and convenience, including that of Plaintiffs, and is declared a blight upon the surrounding neighborhood, city and county.

2. For the reasons stated in Plaintiffs' Complaint, and because the Defendant Owner and

Interest Holder has failed to abate the nuisance, and no other remedy being available, title to the Property is hereby transferred to Plaintiff Detroit Land Bank Authority.

3. Plaintiff Detroit Land Bank is hereby granted the right to enter the Property and to abate the nuisance as it deems appropriate, including by demolition or sale. Plaintiff Detroit Land Bank Authority may treat all personal property as abandoned and dispose of it without tort or other liability. When Plaintiffs have abated the nuisance, they are entitled to receive any insurance proceeds paid to the City of Detroit under MCL 500.2845 (1980 PA 495).

4. The Defendant Owner and Interest Holder of the Property remains responsible for all property taxes, water bills, mortgage or other liens, blight tickets, or levies due upon the Property, up to and including the date of this Judgment transferring title to Plaintiff Detroit Land Bank Authority and are further responsible for Plaintiffs' attorney fees and court costs to date.

5. IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority is granted, upon its presentment of supporting documentation to the Court, a money judgment in its favor and against Defendant Owner and Interest Holder for any additional costs remaining from the costs incurred by Plaintiffs, or a Designee, including but not limited to the City of Detroit, in abating the nuisance, actual attorney fees and court costs, and property taxes, liens and levies due and owing by the Defendant Owner and Interest Holder of the Defendant Property including the costs of demolition as provided by MCL 125.541A(2), compliance, attorneys fees and costs.

Plaintiffs shall record a true copy of this Judgment with the Wayne County Register of Deeds.

This Order closes this case as to Defendants 18541 FIELDING, DETROIT, MICHIGAN 48219 AND JEANNETTE GORDON ONLY.

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.**

IT IS SO ORDERED.    /s/ Leslie Kim Smith
                    May 6, 2024

HONORABLE LESLIE KIM SMITH
Chief Judge Pro Tem, Wayne County Circuit Court

Approved as to form and content:

**GIUSEPPE PALAZZOLO (P79176)**
Principal Attorney, Detroit Land Bank Authority

/s/ John Hilla
**JOHN HILLA (P69128)**
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280

No. A 138319     E-314 BK.     23-005566-CH

**CERTIFIED COPY — "LAW"**

STATE OF MICHIGAN, } ss.
County of Wayne

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify, that the above and the foregoing is a true and correct copy of _Judgment of Default Order as TO 18540 Fielding Detroit, MI 48219 and Jeannette Gordon only_

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of _JAN 2 2 2025_ A.D. 20 ___

CATHY M. GARRETT, Clerk

Fee, $ 14     _Yvonne Newton_, Deputy Clerk