# Exhibit 9

2015 NOV 17 AM 10: 04

Bernard J. Youngblood
Wayne County Register of Deeds
2015436995 L: 52593 P: 1347
11/17/2015 10:04 AM JDG Total Pages: 6

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MIKE DUGGAN, Mayor, City of Detroit,
And the DETROIT LAND BANK AUTHORITY,
a public body corporate,

    Plaintiffs,

vs

16537 CHERRYLAWN, Detroit, Michigan 48221,
16550 CHERRYLAWN, Detroit, Michigan 48221,
16190 GREENLAWN, Detroit, Michigan 48221,
16190 KENTUCKY, Detroit, Michigan 48221,
16197 KENTUCKY, Detroit, Michigan 48221,
16203 KENTUCKY, Detroit, Michigan 48221,
16140 NORTHLAWN, Detroit, Michigan 48221,
16171 OHIO, Detroit, Michigan 48221,
16207 OHIO, Detroit, Michigan 48221,
16211 ROSELAWN, Detroit, Michigan 48221,
16190 WISCONSIN, Detroit, Michigan 48221,
16546 WISCONSIN, Detroit, Michigan 48221,
20450 SANTA BARBARA, Detroit, Michigan 48221,
20455 SANTA BARBARA, Detroit, Michigan 48221,
19191 SANTA ROSA, Detroit, Michigan 48221,
**20016 SANTA ROSA, Detroit, Michigan 48221,**
20190 SANTA ROSA, Detroit, Michigan 48221,
19352 STOEPEL, Detroit, Michigan 48221,
20030 STOEPEL, Detroit, Michigan 48221,
20477 STOEPEL, Detroit, Michigan 48221,
19150 WOODINGHAM, Detroit, Michigan 48221,
19595 STRATFORD, Detroit, Michigan 48221,

    Defendants.

_____/

15-005818-CH

Hon. Robert J. Colombo, Jr.
Case No. 15-005818-CH

FILED IN MY OFFICE
WAYNE COUNTY CLERK
11/2/2015 3:11:37 PM

CATHY M. GARRETT

/s/ Linda Woods

## JUDGMENT OF DEFAULT
### AS TO DEFENDANT 20016 SANTA ROSA ONLY

**MICHAEL J. BRADY, JR. (P72314)**
General Counsel, Detroit Land Bank Authority
**REBECCA CAMARGO (P66013)**
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280

## JUDGMENT OF DEFAULT
## AS TO DEFENDANT 20016 SANTA ROSA ONLY

At a session of said court held in the City of Detroit,
County of Wayne, State of Michigan
on 10/30/2015.

PRESENT: HON. ROBERT J. COLOMBO, JR.
Wayne County Circuit Court, Chief Judge

THIS MATTER, having come before this Court on the application of Plaintiffs for entry of a Judgment of Default as to Defendant Property **20016 SANTA ROSA**, the default of Owner(s) and Interest Holder(s), **Sterling Bank and Trust, Navy Federal Credit Union, Retail Realty Limited Partnership, Ruby Washington,** having been entered pursuant to MCR 2.603(B)(3) and MCR 3.601, and it appearing that the Owner(s) and Interest Holder(s) of the Defendant Properties are not infants, incompetent persons nor in the military service of the United States of America or Michigan, the Court having heard the proofs of Plaintiffs and taken judicial notice of the widespread existence and notoriety of the danger, injuries, harm and threat of harm posed by abandoned buildings to City of Detroit residents, and being otherwise fully advised in the premises.

WHEREAS, pursuant to Docket Directive 2014-06, Plaintiffs have made the following minimum diligent inquiry and service of process efforts with respect to the Owner(s) and Interest Holder(s) of the Defendant Property in order to provide actual notice of the proceedings and an opportunity to be heard: 1) complete searches of the records of the Wayne County Register of

Deeds and the Wayne County Treasurer tax records, to identify ownership interests; 2) electronic investigative searches to identify the last known address of the Owner(s) and Interest Holder(s) of the Defendant Property; 3) service of process by First Class Mail and by Certified Mail, return receipt requested; and 4) posting of the pleadings on the Defendant Property and in three public buildings.

IT IS HEREBY ORDERED that the Defendant Property located at 20016 SANTA ROSA, City of Detroit, County of Wayne, State of Michigan is declared a nuisance.

IT IS FURTHER ORDERED that, as the Owner(s) and Interest Holder(s) of the Defendant Property have failed to abate the nuisance as requested in Plaintiffs' Complaint, Plaintiffs are hereby granted the authority and right to enter the subject property and remove and/or abate the declared nuisance.

IT IS FURTHER ORDERED that the property interests held by **Sterling Bank and Trust, Navy Federal Credit Union, Retail Realty Limited Partnership, Ruby Washington,** in the Property located at **20016 SANTA ROSA**, Detroit, Michigan, and more specifically known as:

> E SANTA ROSA DR 129 & W 7.5 FT VAC ALLEY ADJ ZEIGENS WARWICK PARK SUB L37 P47 PLATS, W C R 16/280 35 X 107.5
>
> **Parcel ID Number:**      16020314.
>
> **Commonly known as:**   **20016 Santa Rosa, Detroit, Michigan**

is awarded to Plaintiff Detroit Land Bank Authority as compensation and in order to equitably defray the costs of abatement of the nuisance, actual attorney fees and court costs.

IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority may effectuate this transfer of title by recording a true copy of this Judgment against the owners and interest holders with the Wayne County Register of Deeds.

IT IS FURTHER ORDERED that the Owner(s) and Interest Holder(s) of the Defendant Property are responsible for any and all property taxes, water bills, mortgage or other liens, or levies due upon the Property, up to and including the date transfer of title to the Property to Plaintiff Detroit Land Bank Authority.

IT IS FURTHER ORDERED that once the Plaintiffs have abated the nuisance, Plaintiff Detroit Land Bank Authority, or its Designee, including but not limited to the City of Detroit, is entitled to receive any insurance proceeds paid to the City of Detroit under MCL 500.2845 (1980 PA 495).

IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority is granted, upon its presentment of supporting documentation to the Court, a money judgment in its favor and against Defendant(s) for any deficiency remaining from the costs incurred by Plaintiffs, or a Designee, including but not limited to the City of Detroit, in abating the nuisance, actual attorney fees and court costs, and property taxes, liens and levies due and owing by the Owner(s) and Interest Holder(s) of the Defendant Property.

IT IS FURTHER ORDERED that Judgment is hereby granted against the Defendant Property and the Owner(s) and Interest Holder(s), and in favor of the Plaintiff Detroit Land Bank Authority. Plaintiff Detroit Land Bank Authority is entitled to use all legal means to recover from the Owner(s) and Interest Holder(s) the amounts described above, including the pursuit of any and all personal assets of the Owner(s) and Interest Holder(s) in a manner similar to that provided under MCL 125.541(a), and/or by placing a lien on other real property owned by the Owner(s) and Interest Holder(s) and located in the State of Michigan in a manner similar to that provided under MCL 125.541A(2).

This resolves all pending claims and closes the case as to Defendant Property **20016**

**SANTA ROSA** ONLY.

IT IS SO ORDERED.

/s/ Robert J. Colombo, Jr.
_____
ROBERT J. COLOMBO, JR., CHIEF JUDGE
CIRCUIT COURT FOR THE COUNTY OF WAYNE
15-005818-CH

Approved as to form and content:

MICHAEL J. BRADY, JR. (P72314)
General Counsel, Detroit Land Bank Authority


/s/ Rebecca Camargo
_____
REBECCA CAMARGO (P66013)
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiff
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280

No. A 84849   E-314 BK

2015436995

**CERTIFIED COPY — LAW**

STATE OF MICHIGAN,  } ss.
County of Wayne

Page 6 of 6

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify, that the above and the foregoing is a true and correct copy of _Judgment of Default As To Defendant 10200 Santa Rosa ONLY_

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of _JULY 11 2019_ A.D. 20 ___

Fee, $ 15-   _Sandee N White_

CATHY M. GARRETT, Clerk

_____, Deputy Clerk