# Exhibit 10

2019183431    L: 55084 P: 774    JDG
06/05/2019 04:53:04 PM   Total Pages: 5
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED

18-011727-CH FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   5/17/2019 5:30 PM   Matthew Johnson

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MIKE DUGGAN, Mayor, City of Detroit,
And the DETROIT LAND BANK AUTHORITY,
a public body corporate,

    Plaintiffs,

vs                                                Hon. Timothy M. Kenny
                                               Case No. 18-011727-CHc

839 DISTEL, DETROIT, MICHIGAB 48209; DONALD WILCOX; CHUCK AND DELLA
ENTERPRISES, LLC; CAR AUTOMATIVE MACHINE SHOP, INC; ET; AL,

    Defendants.
_____/

**TERE MCKINNEY-BUNDY (P71567)**
Asst. Director (Nuisance Abatement Program)
Detroit Land Bank Authority
**GIUSEPPE PALAZZOLO (P79176)**
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280
_____/

### JUDGMENT OF DEFAULT
### AS TO WARDS HOUSE, LLC AND 6094 EVERGREEN DETROIT, MI 48228 ONLY

At a session of said court held in the City of Detroit,
County of Wayne, State of Michigan
on    5/17/2019             .

PRESENT: <u>HON. TIMOTHY M. KENNY</u>
Wayne County Circuit Court, Chief Judge

THIS MATTER, having come before this Court on the application of Plaintiffs for entry

of a Judgment of Default as to Owner(s) and Interest Holder(s) **WARDS HOUSE, LLC AND**

**6094 EVERGREEN**, having been entered pursuant to MCR 2.603(B)(3) and MCR 3.601, and it

appearing that the Defendant Owner(s)/Interest Holder(s) of the Defendant Properties are not infants, incompetent persons nor in the military service of the United States of America or Michigan, the Court having heard the proofs of Plaintiffs and taken judicial notice of the widespread existence and notoriety of the danger, injuries, harm and threat of harm posed by abandoned buildings to City of Detroit residents, and being otherwise fully advised in the premises.

WHEREAS, pursuant to Docket Directive 2018-03, Plaintiffs have made the following minimum diligent inquiry and service of process efforts with respect to the Defendant Owner(s)/Interest Holder(s) of the Defendant Property in order to provide actual notice of the proceedings and an opportunity to be heard: 1) complete searches of the records of the Wayne County Register of Deeds and the Wayne County Treasurer tax records, to identify ownership interests; 2) electronic investigative searches to identify the last known address of the Owner(s) and Interest Holder(s) of the Defendant Property; 3) service of process by Personal Service or by Certified Mail, return receipt requested; and 4) if applicable by Alternative Service by First Class Mailing, and 5) posting of the pleadings on the Defendant Property and in three public buildings.

IT IS HEREBY ORDERED that the Defendant Property located at **6094 EVERGREEN**, City of Detroit, County of Wayne, State of Michigan is declared a nuisance.

IT IS FURTHER ORDERED that, as the Defendant Owner(s) and Interest Holder(s) of the Defendant Property have failed to abate the nuisance as requested in Plaintiffs' Complaint, Plaintiffs are hereby granted the authority and right to enter the subject property and remove and/or abate the declared nuisance.

IT IS FURTHER ORDERED that the property interests held by **WARDS HOUSE, LLC** in the Property located at **6094 EVERGREEN** Detroit, Michigan, and more specifically known as:

E EVERGREEN 140 HARRINGTON GARDENS SUB L51 P46 PLATS, W C R 22/277 35 X 112.78A

**Parcel ID Number:** 22094925.

**Commonly known as:** 6094 Evergreen, Detroit, Michigan 48228

is awarded to Plaintiff Detroit Land Bank Authority as compensation and in order to equitably defray the costs of abatement of the nuisance, actual attorney fees and court costs.

IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority may effectuate this transfer of title by recording a true copy of this Judgment against the owners and interest holders with the Wayne County Register of Deeds.

IT IS FURTHER ORDERED that the Defendant Owner(s) and Interest Holder(s) of the Defendant Property are responsible for any and all property taxes, water bills, mortgage or other liens, or levies due upon the Property, up to and including the date transfer of title to the Property to Plaintiff Detroit Land Bank Authority.

IT IS FURTHER ORDERED that once the Plaintiffs have abated the nuisance, Plaintiff Detroit Land Bank Authority, or its Designee, including but not limited to the City of Detroit, is entitled to receive any insurance proceeds paid to the City of Detroit under MCL 500.2845 (1980 PA 495).

IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority is granted, upon its presentment of supporting documentation to the Court, a money judgment in its favor and against Defendant(s) for any deficiency remaining from the costs incurred by Plaintiffs, or a Designee, including but not limited to the City of Detroit, in abating the nuisance, actual attorney fees and court costs, and property taxes, liens and levies due and owing by the Defendant Owner(s) and Interest Holder(s) of the Defendant Property.

IT IS FURTHER ORDERED that Judgment is hereby granted against the Defendant

Owner(s) and Interest Holder(s), and in favor of the Plaintiff Detroit Land Bank Authority. Plaintiff Detroit Land Bank Authority is entitled to use all legal means to recover from the Defendant Owner(s) and Interest Holder(s) the amounts described above, including the pursuit of any and all personal assets of the Defendant Owner(s) and Interest Holder(s) in a manner similar to that provided under MCL 125.541(a), and/or by placing a lien on other real property owned by the Defendant Owner(s) and Interest Holder(s) and located in the State of Michigan in a manner similar to that provided under MCL 125.541A(2).

**This closes this case as to WARDS HOUSE, LLC AND 6094 EVERGREEN DETROIT, MI 48228 ONLY.**

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.**

IT IS SO ORDERED.

/s/ Timothy M. Kenny
TIMOTHY M. KENNY, CHIEF JUDGE
CIRCUIT COURT FOR THE COUNTY OF WAYNE

Approved as to form and content:

TERE MCKINNEY-BUNDY (P71567)
Asst. Director (Nuisance Abatement Program)
Detroit Land Bank Authority

/s/Giuseppe Palazzolo
GIUSEPPE PALAZZOLO (P79176)
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiff
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280

No. A 107369

STATE OF MICHIGAN, } ss.
County of Wayne

E-314 BK

18-011727-OH
CERTIFIED COPY — "LAW"

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify that the above and the foregoing is a true and correct copy of _____

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto affixed the seal of said Court and County, at Detroit, this day of __04__ __2019__ A.D. 20____

CATHY M. GARRETT, Clerk

Fee, $ 14.00   By _____, Deputy Clerk