# Exhibit 11

# STATE OF MICHIGAN

# IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MIKE DUGGAN, Mayor, City of Detroit,
And the DETROIT LAND BANK AUTHORITY,
a public body corporate,

    Plaintiffs,

vs

16143 HOLMUR, Detroit, Michigan 48221,
16901 LAWTON, Detroit, Michigan 48221,
18691 SORRENTO, Detroit, Michigan 48235,
18421 KENTUCKY, Detroit, Michigan 48221,
16155 HOLMUR, Detroit, Michigan 48221,
16133 QUINCY, Detroit, Michigan 48221,
19186 MEYERS, Detroit, Michigan 48235,
17393 WISCONSIN, Detroit, Michigan 48221,
19151 MEYERS, Detroit, Michigan 48235,
19144 MEYERS, Detroit, Michigan 48235,
17353 WINTHROP, Detroit, Michigan 48235,
18041 FORRER, Detroit, Michigan 48235,
17213 FORRER, Detroit, Michigan 48235,
18461 PREVOST, Detroit, Michigan 48235,
17553 PREVOST, Detroit, Michigan 48235,
18001 RUTHERFORD, Detroit, Michigan 48235,
17570 MANSFIELD, Detroit, Michigan 48235,
18034 MANSFIELD, Detroit, Michigan 48235,
17191 ST MARYS, Detroit, Michigan 48235,
18270 ASHTON, Detroit, Michigan 48219,
18304 ASHTON, Detroit, Michigan 48219,
18400 ASHTON, Detroit, Michigan 48219,
18446 ASHTON, Detroit, Michigan 48219,
18505 ASHTON, Detroit, Michigan 48219,
18516 STOEPEL, Detroit, Michigan 48221,
    Defendants.

_____/

15-012753-CH

Hon. Robert J. Colombo, Jr.
Case No. 15-012753-CH

FILED IN MY OFFICE
WAYNE COUNTY CLERK
5/16/2017 2:13:52 PM
CATHY M. GARRETT

Matthew Johnson

## AMENDED JUDGMENT OF DEFAULT
## AS TO MARY TERRELL FOR 17213 FORRERONLY

_____/
**MICHAEL J. BRADY, JR. (P72314)**
General Counsel, Detroit Land Bank Authority
**KERLYNE ALEXIS-PINKINS (P76302)**
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280
_____/

## AMENDED JUDGMENT OF DEFAULT
## AS TO MARY TERRELL FOR 17213 FORRER ONLY

At a session of said court held in the City of Detroit,
County of Wayne, State of Michigan
on _____5/16/2017_____.

PRESENT: HON. ROBERT J. COLOMBO, JR.
Wayne County Circuit Court, Chief Judge

THIS MATTER, having come before this Court on the application of Plaintiffs for entry of a Judgment of Default as to Owner(s) and Interest Holder(s) **MARY TERRELL**, having been entered pursuant to MCR 2.603(B)(3) and MCR 3.601, and it appearing that the Defendant Owner(s)/Interest Holder(s) of the Defendant Properties are not infants, incompetent persons nor in the military service of the United States of America or Michigan, the Court having heard the proofs of Plaintiffs and taken judicial notice of the widespread existence and notoriety of the danger, injuries, harm and threat of harm posed by abandoned buildings to City of Detroit residents, and being otherwise fully advised in the premises.

WHEREAS, pursuant to Docket Directive 2014-06, Plaintiffs have made the following minimum diligent inquiry and service of process efforts with respect to the Defendant Owner(s)/Interest Holder(s) of the Defendant Property in order to provide actual notice of the proceedings and an opportunity to be heard: 1) complete searches of the records of the Wayne County Register of Deeds and the Wayne County Treasurer tax records, to identify ownership

interests; 2) electronic investigative searches to identify the last known address of the Owner(s) and Interest Holder(s) of the Defendant Property; 3) service of process by Personal Service or by Certified Mail, return receipt requested; and 4) if applicable by Alternative Service by First Class Mailing, and 5) posting of the pleadings on the Defendant Property and in three public buildings.

IT IS HEREBY ORDERED that the Defendant Property located at **17213 FORRER,** City of Detroit, County of Wayne, State of Michigan is declared a nuisance.

IT IS FURTHER ORDERED that, as the Defendant Owner(s) and Interest Holder(s) of the Defendant Property have failed to abate the nuisance as requested in Plaintiffs' Complaint, Plaintiffs are hereby granted the authority and right to enter the subject property and remove and/or abate the declared nuisance.

IT IS FURTHER ORDERED that the property interests held by **MARY TERRELL** in the Property located at **17213 FORRER**, Detroit, Michigan, and more specifically known as:

W FORRER 176 RUGBY BLVD SUB L50 P56 PLATS, W C R 22/158 40 X 140

**Parcel ID Number:**         22054355

**Commonly known as:**        **17213 Forrer, Detroit, Michigan**

is awarded to Plaintiff Detroit Land Bank Authority as compensation and in order to equitably defray the costs of abatement of the nuisance, actual attorney fees and court costs.

IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority may effectuate this transfer of title by recording a true copy of this Judgment against the owners and interest holders with the Wayne County Register of Deeds.

IT IS FURTHER ORDERED that the Defendant Owner(s) and Interest Holder(s) of the Defendant Property are responsible for any and all property taxes, water bills, mortgage or other liens, or levies due upon the Property, up to and including the date transfer of title to the Property to Plaintiff Detroit Land Bank Authority.

IT IS FURTHER ORDERED that once the Plaintiffs have abated the nuisance, Plaintiff Detroit Land Bank Authority, or its Designee, including but not limited to the City of Detroit, is entitled to receive any insurance proceeds paid to the City of Detroit under MCL 500.2845 (1980 PA 495).

IT IS FURTHER ORDERED that Plaintiff Detroit Land Bank Authority is granted, upon its presentment of supporting documentation to the Court, a money judgment in its favor and against Defendant(s) for any deficiency remaining from the costs incurred by Plaintiffs, or a Designee, including but not limited to the City of Detroit, in abating the nuisance, actual attorney fees and court costs, and property taxes, liens and levies due and owing by the Defendant Owner(s) and Interest Holder(s) of the Defendant Property.

IT IS FURTHER ORDERED that Judgment is hereby granted against the Defendant Owner(s) and Interest Holder(s), and in favor of the Plaintiff Detroit Land Bank Authority. Plaintiff Detroit Land Bank Authority is entitled to use all legal means to recover from the Defendant Owner(s) and Interest Holder(s) the amounts described above, including the pursuit of any and all personal assets of the Defendant Owner(s) and Interest Holder(s) in a manner similar to that provided under MCL 125.541(a), and/or by placing a lien on other real property owned by the Defendant Owner(s) and Interest Holder(s) and located in the State of Michigan in a manner similar to that provided under MCL 125.541A(2).

This resolves all pending claims and closes the case as to Defendant Property **MARY**

**TERRELL AND 17213 FORRER** ONLY.

      IT IS SO ORDERED.

                                /s/ Robert J. Colombo, Jr.
                                _____
                                ROBERT J. COLOMBO, JR., CHIEF JUDGE
                                CIRCUIT COURT FOR THE COUNTY OF WAYNE
                                        15-012753-CH

Approved as to form and content:

MICHAEL J. BRADY, JR. (P72314)
General Counsel, Detroit Land Bank Authority


/s/ __ KERLYNE ALEXIS-PINKINS _____
KERLYNE ALEXIS-PINKINS (P76302)
Attorney, Detroit Land Bank Authority
Attorneys for Plaintiff
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 502-5280