# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KASSANDRA LUDINGTON, et al.

      Plaintiffs,

v.

CITY OF DETROIT, a Michigan Municipal Corporation, AND THE DETROIT LAND BANK AUTHORITY, a public body corporate,

      Defendants.

Case No. 25-10307
Hon. Jonathan J.C. Grey
Mag. Judge David R. Grand

---

### STIPULATED ORDER REGARDING DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS

This matter has come before the Court upon the stipulation of the parties, as evidenced by the signatures of their counsel below. Plaintiffs and defendants stipulate to the following:

1. Plaintiffs and defendants stipulate and agree that the deadline for plaintiffs to respond to defendants' motion to dismiss (ECF No. 19) shall be extended to September 12, 2025.

Accordingly, **IT IS ORDERED** that plaintiffs shall have until September 12, 2025 to respond to defendants' motion to dismiss.

**SO ORDERED**.

                                              **s/Jonathan J.C. Grey**
                                              Jonathan J.C. Grey

Date: July 11, 2025                       United States District Judge

**Stipulated to and approved by:**

Dated:  July 8, 2025

                                              /s/ *David A. Bergh (with permission)*
David H. Fink (P28235)
Nathan J. Fink (P75185)
David A. Bergh (P83696)
FINK BRESSACK
*Attorneys for Defendant City of Detroit*
*and the Detroit Land Bank Authority*
500 Griswold Street, Suite 2400
Detroit, Michigan 48226
Tel: (313) 387-3300
dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com


                                              */s/ Ian T. Cross*
Ian T. Cross (P83367)
Lawrence H. Margolis (P69635)
MARGOLIS & CROSS
*Attorneys for Plaintiffs*
402 W. Liberty St.
Ann Arbor, MI 48103
(734) 994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2025.

                          **s/ S. Osorio**
                          Sandra Osorio
                          Case Manager