UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASSANDRA LUDINGTON, et al.

                Plaintiffs,

v.

CITY OF DETROIT, a Michigan Municipal Corporation, and THE DETROIT LAND BANK AUTHORITY, a public body corporate,

                Defendant.

Case No. 2:25-cv-10307

Hon. Jonathan J.C. Grey

Mag. Judge David R. Grand

---

**DEFENDANTS' MOTION TO EXTEND PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

      The City of Detroit and the Detroit Land Bank Authority (collectively, the "Defendants") by and through their counsel, respectfully request leave to file a Reply Brief supporting their Motion to Dismiss Plaintiffs' First Amended Complaint under Rule 12(b)(1) and Rule 12(b)(6) in excess of the page limit. In support of this request, Defendants state:

      1.    Plaintiffs filed a 66-page First Amended Complaint alleging seven counts. Plaintiffs' First Amended Complaint also includes approximately 190 pages of exhibits (ECF No. 13).

1

2. Defendants filed a 44-page Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 19).

3. Plaintiffs filed a 45-page Brief in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 22).

4. Pursuant to E. D. Mich. LR 7.1(d)(3), a reply brief supporting a motion may not exceed 7 pages. However, the Rule permits parties to apply *ex parte* to file a longer brief. Moreover, this Court has encouraged parties to request a page limit extension "[w]hen page limits are inadequate for a party's needs …." *Elhady v Bradley*, 438 F. Supp. 3d 797, 821 n. 11 (E.D. Mich. 2020).

5. Defendants request leave to file a brief not to exceed 18 pages in support of its Motion to Dismiss Plaintiffs' First Amended Complaint, in order to address the full scope of issues raised by Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss.

6. Defendants have attempted to limit the length of the brief without sacrificing clarity and/or its ability to address the factual and legal issues supporting its Motion. However, due to the number of legal issues needing to be addressed, Defendants, through counsel, have been unable to limit the brief to 7 pages.

7. Counsel for Defendants requested concurrence in this motion from counsel for Plaintiffs. Plaintiffs indicated that they would consent to an extension to 12 pages, but would not concur in a request for 18 pages. However, Defendants are

unable to fully address the issues raised in Plaintiff's Response to the Motion to Dismiss in 12 pages.

WHEREFORE, Defendants respectfully requests that this Court permit it to file a Reply Brief not to exceed 18 pages in support of its Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(1) and Rule 12(b)(6).

Dated: November 12, 2025                Respectfully submitted,

/s/ Philip D.W. Miller
David H. Fink (P28235)
Nathan J. Fink (P75185)
Philip D.W. Miller (P85277)
David A. Bergh (P83696)
FINK BRESSACK
500 Griswold St., Suite 2400
Detroit, MI 48226
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
pmiller@finkbressack.com
dbergh@finkbressack.com

*Counsel for Defendants City of Detroit and the Detroit Land Bank Authority*

Conrad L. Mallett, Jr. (P30806)
Jason H. Harrison (P62765)
CITY OF DETROIT LAW DEPARTMENT
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
Tel: (313) 224-4550
conrad.mallett@detroitmi.gov

4

jason.harrison@detroitmi.gov

*Counsel for Defendant City of Detroit*